FILING FEE PAID 4cv 1 1 0 7 4 DPW

MAR 19 '04 AM 10:49 USBC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

CHAPTER 7

IN RE: Yury Shkolnikov
Debtor

Case No. 03-16727 (Judge Hillman)
Adversary Proceeding: 03-01478

Mikhail Elkin
Boris Elkin
Elina Levinson as administratrix of the Estate of Senya Elkin
Anna Kutikov
Gennady Kutikov
Anna Kutikov as administratrix of the Estate of Marat Kutikov
Sergey Rabovsky
Boris Rabovsky
Igor Rabovsky
Sergey Rabovsky as administrator of the Estate of Alla Rabovsky
Luba Levin
Michael Rabinovich
Luba Levin and Michael Rabinovich as administrators of the estate of Mariya Vilner
Luba Levin and Michael Rabinovich as administrators of the estate of Vitaly Rabinovich
Michael Pevtsov
Alek Pevtsov
Alek and Michael Pevtsov as representatives and successors of Zyama Pevtsov
Alek and Michael Pevtsov as representatives and successors of Tsilya Pevtsov
                                                                Plaintiffs-
Creditors

v.
Yury Shkolnikov, Defendant-Debtor

Notice of Appeal to United States District Court

   The Plaintiffs herein file notice of appeal of any and all issues that may be appealed, including but not limited to
   1) the denial of the motion for default judgment,
   2) the dismissal of the complaint,
   3) the denial of the motion for Revision, Amendment, Revocation, Reconsideration or Otherwise of Sua Sponte Dismissal

   The Plaintiffs elect to appeal to the United States District Court.

Plaintiffs by their attorney,



*[signature]*

Marc S. Alpert, BBO # 016420
Marc S. Alpert, P.C.
50 Congress St., suite 225
Boston, MA 02109-4002
Tel: 617 227-2380  Fax: 617 367-8840
e-mail: trepla4133@aol.com

Certificate of service: I certify that on 3-19-04 a copy of this Notice of Appeal was mailed postage prepaid to each of the following:
Mark G. DeGiacomo, Trustee
Roche, Carens & DeGiacomo
99 High Street
Boston, MA 02110

And
Richard M. Canzano
36 Commerce Way
Woburn, MA 01801

*[signature]*