## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS

In Re:  YURY SHKOLNIKOV

Debtor,

Related Bankruptcy Case: 03-16727
Chapter 7
Judge William C. Hillman

Mikhail Elkin, et al
Plaintiff

vs.

Yury Shkolnikov
Defendant

Adversary Proceeding: 03-01478

### SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer within 35 days.

**ANSWER DUE: 12/22/03**

Address of Clerk:

U. S. Bankruptcy Court
10 Causeway Street
Room 1101
Boston, MA 02222

At the same time, you must also serve a copy of the motion or answer upon the plaintiffs attorney.

Name and Address of Plaintiff's Attorney:

Marc S. Alpert
50 Congress St.
Ste. 225
Boston, MA 02109

If you make a motion, your time to answer is governed by FRBP 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Date: 11/20/03

James M. Lynch
Clerk, U.S. Bankruptcy Court



By the Court,

Joan M. Dwyer
Deputy Clerk
(617) 565-5916

19

Chapter 7
Adversary Proceeding: 03-01478
Judge William C. Hillman

## CERTIFICATE OF SERVICE

I, __Marc Alpert__, certify that I am, and at all times during the service of process, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made by: __11-26-03__ (Date)

*I am attorney for partee*

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

*Certified return receipt (rec'd 12-1-03) to Attorney for Yury Shuchinikov, Richard McGonzanc, 26 Commerce Way, Woburn MA 01801*

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____ as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

__12-10-03__          __Marc Alpert__
Date                        Signature

Print Name: Marc Alpert
Business Address: 58 Congress St, Suite 225
City: Boston  State: MA  Zip: 02109

20

Chapter 7
Adversary Proceeding: 03-01478
Judge William C. Hillman

# CERTIFICATE OF SERVICE

I, ___Marc Alpert___, certify that I am, and at all times during the service of process, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made by: __11-22-2003__ (Date)

→ an attorney for party

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to: Certfd return receipt to Trustee, Mark DeGiaccmo Trustee, Rock Carlos F DeGiaccmo, 99 High Street, Boston MA 02110 (recvd 12-4-03)

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____ as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

__12-10-03__  
Date

_____  
Signature

Print Name: Marc Alpert  
Business Address: 50 Congress St Ste 225  
City: Boston  State: MA  Zip: 02109

21

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

CHAPTER 7

IN RE: Yury Shkolnikov
    Debtor

Case No. 03-16727 (Judge Hillman)
Adversary Proceeding: 03-01478

Mikhail Elkin
Boris Elkin
Elina Levinson as administratrix of the Estate of Senya Elkin
Anna Kutikov
Gennady Kutikov
Anna Kutikov as administratrix of the Estate of Marat Kutikov
Sergey Rabovsky
Boris Rabovsky
Igor Rabovsky
Sergey Rabovsky as administrator of the Estate of Alla Rabovsky
Luba Levin
Michael Rabinovich
Luba Levin and Michael Rabinovich as administrators of the estate of Mariya Vilner
Luba Levin and Michael Rabinovich as administrators of the estate of Vitaly Rabinovich
Michael Pevtsov
Alek Pevtsov
Alek and Michael Pevtsov as representatives and successors of Zyama Pevtsov
Alek and Michael Pevtsov as representatives and successors of Tsilya Pevtsov
    Plaintiffs-Creditors

v.

Yury Shkolnikov, Defendant-Debtor

### Certificate of service With Respect to Notice of Nonevidentiary Hearing for 2-11-04

I certify that on 1-16-04 a copy of the attached Notice of Nonevidentiary Hearing was mailed postage prepaid and also faxed to to each of the following:

Mark G. DeGiacomo, Trustee
Roche, Carens & DeGiacomo
99 High Street
Boston, MA 02110

And
Richard M. Canzano
36 Commerce Way
Woburn, MA 01801

_[signature]_

22

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In Re:  YURY SHKOLNIKOV<br><br>Debtor, | Related Bankruptcy Case: 03-16727<br>Chapter 7<br>Judge William C. Hillman |
| Mikhail Elkin, et al<br>　　Plaintiff<br>vs.<br>Yury Shkolnikov<br>　　Defendant | Adversary Proceeding: 03-01478 |

### NOTICE OF NONEVIDENTIARY HEARING

PLEASE TAKE NOTICE that a hearing will be held on 2/11/04 at 09:30 AM before the Honorable William C. Hillman, Courtroom 3, 10 Causeway Street, 1101 O'Neill Federal Building, Boston, MA 02222 to consider the following:

　　Plaintiff's Motion for Entry Of Default Judgment.

OBJECTION/RESPONSE DEADLINE:
(If left blank, response deadline shall be governed by the Local Rules.)


THE MOVING PARTY IS RESPONSIBLE FOR:

1. Serving a copy of this notice upon all parties entitled to notice forthwith; and

2. Filing a certificate of service with respect to this notice (7) days after the date of issuance set forth below. If the hearing date is less than (7) days from the date of issuance, the certificate of service must be filed no later than the time of the hearing. If the movant fails to timely file a certificate of service, the court may deny the motion without a hearing.

NOTICE TO ALL PARTIES SERVED:

1. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

2. Any request for a continuance MUST be made by WRITTEN MOTION . (See MLBR 5071-1)

3. The above hearing shall be nonevidentiary . If, in the course of the nonevidentiary hearing, the court determines the existence of a disputed and material issue of fact, the court will schedule a further evidentiary hearing. If this is a hearing under section 362 , it will be a consolidated preliminary and final nonevidentiary hearing unless at the conclusion thereof the court sets down an evidentiary hearing.

4. Deadlines to file an objection or response shall be governed by the Local Rules, unless otherwise ordered by the Court. If no objection is timely filed, the Court, in its discretion, may cancel the hearing and rule on the motion without a hearing or further notice. [See MLBR 9013-1(f)].


Date:1/14/04　　　　　　　　　　　　　　　　　　By the Court,

　　　　　　　　　　　　　　　　　　　　　　　　Joan M. Dwyer
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　　　　　　　　　(617) 565-5916

23

TELEPHONE 617-227-2380                                                                FAX 617-367-8840

J.A. Alpert
(1939-1973)

# Marc S. Alpert, P.C.
ATTORNEY AT LAW
50 CONGRESS STREET, SUITE 225
BOSTON, MA 02109-4002

*Marc S. Alpert*
*Attorney-at-Law*

January 16, 2004

FAX and MAIL
Mark G. DeGiacomo, Trustee
Roche, Carens & DeGiacomo
99 High Street
Boston, MA 02110
617 482-3868

FAX and MAIL
Richard M. Canzano
36 Commerce Way
Woburn, MA 01801
781-935-7887

RE: Adversary Proceeding **03-16727** Yury Shkolnikov
**Case type: bk Chapter: 7 Asset: No Vol: v Judge:** William C. Hillman
**Date filed:** 08/08/2003

Dear Trustee DeGiacomo and Attorney Canzano:

Here is a Notice of Nonevidentairy Hearing for 2/11/04 at 9:30 AM, Courtroom 3, 10 Causeway Street, 1101 O'Neill Federal Building Boston, MA 02222.

Very truly yours,

Marc Alpert

```
01/16/04  17:59 FAX 617 367 8840      50 Congress St Boston MA                    @001

                        *********************
                        ***   TX REPORT    ***
                        *********************

        TRANSMISSION OK

        TX/RX NO                  0634
        CONNECTION TEL                      17819357887
        SUBADDRESS
        CONNECTION ID
        ST. TIME                  01/16 17:58
        USAGE T                   00'23
        PGS. SENT                    2
        RESULT                    OK
```

TELEPHONE 617-227-2380                                              FAX 617-367-8840

J.A. Alpert                    **Marc S. Alpert, P.C.**
(1939-1973)                         ATTORNEY AT LAW
                            50 CONGRESS STREET, SUITE 225
                               BOSTON, MA 02109-4002

*Marc S. Alpert*
*Attorney-at-Law*

January 16, 2004

FAX and MAIL
Mark G. DeGiacomo, Trustee
Roche, Carens & DeGiacomo
99 High Street
Boston, MA 02110
617 482-3868

FAX and MAIL
Richard M. Canzano
36 Commerce Way
Woburn, MA 01801
781-935-7887

RE: Adversary Proceeding **03-16727** Yury Shkolnikov
Case type: bk **Chapter:** 7 **Asset:** No Vol; v **Judge:** William C. Hillman
**Date filed:** 08/08/2003

Dear Trustee DeGiacomo and Attorney Canzano:

Here is a Notice of Nonevidentiary Hearing for 2/11/04 at 9:30 AM, Courtroom 3, 10 Causeway Street, 1101 O'Neill Federal Building Boston, MA 02222.

25

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

CHAPTER 7

IN RE: Yury Shkolnikov
      Debtor

Case No. 03-16727 (Judge Hillman)
Adversary Proceeding: 03-01478

Mikhail Elkin
Boris Elkin
Elina Levinson as administratrix of the Estate of Senya Elkin
Anna Kutikov
Gennady Kutikov
Anna Kutikov as administratrix of the Estate of Marat Kutikov
Sergey Rabovsky
Boris Rabovsky
Igor Rabovsky
Sergey Rabovsky as administrator of the Estate of Alla Rabovsky
Luba Levin
Michael Rabinovich
Luba Levin and Michael Rabinovich as administrators of the estate of Mariya Vilner
Luba Levin and Michael Rabinovich as administrators of the estate of Vitaly Rabinovich
Michael Pevtsov
Alek Pevtsov
Alek and Michael Pevtsov as representatives and successors of Zyama Pevtsov
Alek and Michael Pevtsov as representatives and successors of Tsilya Pevtsov
                                            Plaintiffs-
Creditors

v.
Yury Shkolnikov, Defendant-Debtor

Motion for Entry of Default Judgment

    The Defendant and the Trustee have been served and the time to respond has expired without any response. It is believed that neither the Defendant nor the Trustee have any objection to the granting of the relief asked for in Paragraph 12 of the Complaint.

    Wherefore the Plaintiffs ask that the attached Judgment be executed and enter. The Judgment tracks verbatim the language of Paragraph 12 of the Complaint.

Plaintiffs by their attorney,

Marc S. Alpert, BBO # 016420
Marc S. Alpert, P.C.
50 Congress St., suite 225
Boston, MA 02109-4002
Tel: 617 227-2380  Fax: 617 367-8840
e-mail: trepla4133@aol.com

Certificate of service: I certify that on 12-31-03 a copy of this motion with the attachment was mailed postage prepaid to each of the following:
Mark G. DeGiacomo, Trustee
Roche, Carens & DeGiacomo
99 High Street
Boston, MA 02110

And
Richard M. Canzano
36 Commerce Way
Woburn, MA 01801

27

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

CHAPTER 7

IN RE: Yury Shkolnikov
    Debtor

Case No. 03-16727 (Judge Hillman)
Adversary Proceeding:03-01478

Mikhail Elkin
Boris Elkin
Elina Levinson as administratrix of the Estate of Senya Elkin
Anna Kutikov
Gennady Kutikov
Anna Kutikov as administratrix of the Estate of Marat Kutikov
Sergey Rabovsky
Boris Rabovsky
Igor Rabovsky
Sergey Rabovsky as administrator of the Estate of Alla Rabovsky
Luba Levin
Michael Rabinovich
Luba Levin and Michael Rabinovich as administrators of the estate of Mariya Vilner
Luba Levin and Michael Rabinovich as administrators of the estate of Vitaly Rabinovich
Michael Pevtsov
Alek Pevtsov
Alek and Michael Pevtsov as representatives and successors of Zyama Pevtsov
Alek and Michael Pevtsov as representatives and successors of Tsilya Pevtsov
                                              Plaintiffs-
Creditors

v.
Yury Shkolnikov, Defendant-Debtor

JUDGMENT

    The following is the Judgment and Order of this Court:

(a)                     Pursuant to 11 U.S.C. § 362(d), the automatic stay imposed pursuant to 11 U.S.C. § 362 (a) be and terminated, to permit Named and listed Plaintiffs to proceed against the debtor, Yury Shkolnikov in a pending state court actions in Los Angeles Superior Court in California Civil Actions 246213 and 246237, only to the extent of the Debtor's available insurance and insurance-like coverage, and to the extent amounts in excess of said insurance and insurance-like coverage can be obtained from. Metropolitan Property and Casualty Insurance Company and any other individual or entity. In the event any Judgment obtained can not be paid in full from

available insurance and insurance-like coverage each listed Plaintiff is assigned all rights the Debtor and/or the Debtor's estate may have pursuant to chapters 93A and 176D of Massachusetts and/or bad faith law, and or common or statutory law of any applicable jurisdiction against Metropolitan Property and Casualty Insurance Company and any other individual or entity with respect to the Judgment obtained. The Plaintiffs shall have no rights to collect from the Debtor or from the Debtor's estate, and shall make no efforts to enforce any excess judgment against either the Debtor or the Debtor's estate.

(b)    In the event the Plaintiff or any individual Plaintiff collect any excess judgment against Metropolitan Property and Casualty Insurance Company or any other individual or entity, before any distribution to the Petitioners or any one of the Petitioners, Citibank Aadvantage is to be paid $3492.00.

Judgment and Order to Enter.

_____
Honorable Judge William Hillman

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

CHAPTER 7

IN RE: Yury Shkolnikov
    Debtor

Case No. 03-16727 (Judge Hillman)
Adversary Proceeding:03-01478

Mikhail Elkin
Boris Elkin
Elina Levinson as administratrix of the Estate of Senya Elkin
Anna Kutikov
Gennady Kutikov
Anna Kutikov as administratrix of the Estate of Marat Kutikov
Sergey Rabovsky
Boris Rabovsky
Igor Rabovsky
Sergey Rabovsky as administrator of the Estate of Alla Rabovsky
Luba Levin
Michael Rabinovich
Luba Levin and Michael Rabinovich as administrators of the estate of Mariya Vilner
Luba Levin and Michael Rabinovich as administrators of the estate of Vitaly Rabinovich
Michael Pevtsov
Alek Pevtsov
Alek and Michael Pevtsov as representatives and successors of Zyama Pevtsov
Alek and Michael Pevtsov as representatives and successors of Tsilya Pevtsov
                                                      Plaintiffs-

Creditors
v.
Yury Shkolnikov, Defendant-Debtor

### Certificate of service With Respect to Notice of Nonevidentiary Hearing for 2-11-04

I certify that on 1-16-04 a copy of the attached Notice of Nonevidentiary Hearing was mailed postage prepaid and also faxed to to each of the following:
Mark G. DeGiacomo, Trustee
Roche, Carens & DeGiacomo
99 High Street
Boston, MA 02110

And
Richard M. Canzano
36 Commerce Way
Woburn, MA 01801

30

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

JAN 07'04 PM 3:45 USB

| | |
|---|---|
| In Re:<br><br>YURY SHKOLNIKOV,<br>               Debtor. | Chapter 7<br>Case No. 03-16727-WCH |
| MIKHAIL ELEKEN, et al,<br><br>vs.<br><br>YURY SHKOLNIKOV, | Adversary Proceeding<br>No.: 03-01478 |

### CHAPTER 7 TRUSTEE'S RESPONSE TO PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT

Mark G. DeGiacomo, the duly appointed Chapter 7 Trustee (the "Trustee") of the above captioned debtor's estate, hereby responds to the plaintiff's Motion for Entry of Default Judgment as follows:

1. On August 8, 2003, Yury Shkolinkov (the "Debtor"), filed a voluntary petition pursuant to Chapter 7 of the Bankruptcy Code.

2. On August 8, 2003, the Trustee was appointed as the Chapter 7 Trustee.

3. During the two sessions of the Section 341 meeting, which were held on September 16, 2003 and October 8, 2003 there was a significant amount of discussion and testimony concerning the allegation by the plaintiffs in this adversary proceeding that the Debtor held an unscheduled asset in the form of an unasserted cause of action against Metropolitan Property and Casualty Insurance Company (the "Alleged Asset"). The Debtor took the position

c:\nrportbl\boston\lmcginn\268022_1.doc\1/7/2004

31

JAN 07'04 PM 3:45 USB

that he had not scheduled the Alleged Asset because there was no cause of action against Metropolitan Property and Casualty Insurance Company ("Metropolitan").

4. After discussing the matter with counsel for the Debtor and counsel for the plaintiffs and after reviewing a substantial amount of documentation, the Trustee determined that there was no viable cause of action which the Debtor held against Metropolitan. Based on this determination, as well as his review of the case as a whole, on December 2, 2003, the Trustee filed a Report of No Distribution.

5. Although the Trustee believes that the relief sought in this adversary proceeding is awkward at best, having determined that the alleged cause of action has no value to the bankruptcy estate, the Trustee has no interest in the outcome of the adversary proceeding.

Mark G. DeGiacomo, Chapter 7 Trustee,
By his Attorneys,

_____
Mark G. DeGiacomo (BBO# 118170)
Olga L. Bogdanov (BBO#644879)
Murtha Cullina LLP
99 High Street, 20th Floor
Boston, MA 02110
617-457-4000 Telephone
617-482-3868 Facsimile

Dated: January 7, 2004

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

JAN 07 '04 PM 3:46 USB

| | |
|---|---|
| In Re: )<br>)<br>YURY SHKOLNIKOV, )<br>                 Debtor, )<br>)<br>) | Chapter 7<br>Case No. 03-16727-WCH |
| MIKHAIL ELEKEN, et al, )<br>)<br>vs. )<br>)<br>YURY SHKOLNIKOV, )<br>) | Adversary Proceeding<br>No.: 03-01478 |

### CERTIFICATE OF SERVICE

I, Mark G. DeGiacomo, of Murtha Cullina LLP, do hereby certify that on the 7th day of January, 2004, I served a copy of the within *Chapter 7 Trustee's Response To Plaintiff's Motion For Entry Of Default Judgment* by mailing the same by first class mail, postage prepaid to the parties listed on the attached service list.

_____
Mark G. DeGiacomo

c:\nrportbl\boston\lmcginn\268022_1.doc\1/6/2004

33

JAN 07 '04 PM 3:46 USB

| | | |
|---|---|---|
| U.S. Trustee<br>U.S. Trustee's Office<br>10 Causeway Street<br>Boston, MA 02222 | Yury Shkolnikov<br>144 Mountain Gate Rd.<br>Ashland, MA 01721 | **Richard M. Canzano**<br>36 Commerce Way<br>Woburn, MA 01801<br>*(Counsel to Debtor)* |
| **Marc S. Alpert**<br>50 Congress Street<br>Second Floor<br>Boston, MA 02110 | William A. Schneider<br>Morrison, Mahoney and Miller<br>250 Summer Street<br>Boston, MA 02210 | Daimler Chrysler Corporation<br>Grace, Genson, Cosgrp<br>444 South Flower St<br>Los Angeles, CA 90071 |
| Citibank AAdvantage<br>Box 6062<br>Sioux Falls, SD 57111 | Dollar Thrifty Automo Grp<br>ONeill and Marchiondo<br>5 Hutton Centre, Suite 11<br>Santa Ana, CA 92707 | E. Stewart Jones, Esq.<br>Stewart Jones Law Firm PL<br>28 Second Street<br>Troy, NY 12180 |
| Elkin, Boris<br>Fendler and Associates<br>584 Wyoming Avenue<br>Kingston, PA 18704 | **Elkin, Michael**<br>**5 Heisz Street, 208**<br>**Edwardsville, PA** | Frank Ozello<br>Gray, York and Duffy, LLP<br>15760 Ventura Blvd, 16th<br>Encino, CA 91436 |
| Garry W. Williams, Esq.<br>Law Ofcs of Garry W. Will<br>6928 Owensmouth Aye, Suit<br>Canoga Park, CA 91303 | Glendale Dodge<br>Adams Nye Sinunu Walk<br>633 Battery Street, 5th F<br>San Francisco, CA 94111 | John Duffy, Esq.<br>Gray, York and Duffy, LLP<br>15760 Ventura BLvd, 15th<br>Encino, CA 91436 |
| John Duffy, Esq.<br>York and Duffy, LLP<br>15760 Ventura Blvd, 16th<br>Encino, CA 91436 | John P. Bisnar, Esq.<br>Bisnar and Chase<br>1301 Dove Street, Suite 7<br>Newport Beach, CA 92660 | John P. Graceffa<br>Morrison, Mahoney and Mule<br>250 Summer Street<br>Boston, Ma 02210 |
| Kenneth Gluckman, Esq.<br>Daimler Chrysler Corp.<br>1000 Chrysler Drive<br>Auburn Hills, MI 48326 | Kutikov, Anna N.<br>400 Hudson Street 209<br>Albany, New York 12203 | Metropolitan Prop and Cas I<br>Morrison, Mahoney Miller<br>250 Summer Street<br>Boston, MA 02210 |
| Michael G. Bruno, Esq.<br>Linda A. King and Associate<br>2044 First Avenue, Suite<br>San Diego, CA 92101 | Robovsky, Sergey<br>132 Forts Ferry Road<br>Latham, NY 12110 | Rod J. Cappy, Esq.<br>Grace, Genson, Cosgrove<br>444 South Flower Street<br>Los Angeles, CA 90071 |
| Romanovsky, Marat<br>9946 Owensmouth Avenue<br>Chatsworth, CA 91311 | Romanovsky, Svetlana<br>9946 Owensmouth Avenue<br>Chatsworth, CA 91311 | Romanovsky, Veronica<br>9946 Owensmouth Avenue<br>Chatsworth, CA 91311 |
| Romanovsky, Yelena<br>9946 Owensmouth Avenue<br>Chatsworth, CA 91311 | Scott W. ONeill<br>ONeill and Marchiondo<br>5 Hutton Centre, Suite 11<br>Santa Ana, CA 92707 | Shan Trac, Inc.<br>ONeill and Marchiondo<br>5 Hutton Centre, Suite 11<br>Santa Ana, CA 92707 |

34

UNITED STATES BANKRUPTCY COURT, DISTRICT OF MASSACHUSETTS
Proceeding Memorandum/Order of Court

In re: Yury Shkolnikov 03-16727 M. Eleken vs. Y. Shkolnikov      Case#: 03-1478      Ch: 7

MOVANT/APPLICANT/PARTIES:
   1.  #5 Motion for Default Judgment
      #6 Chapter 7 Trustee's Response to Plaintiff's Motion for Entry of Default
   Judgment
   (Alpert, DeGiacomo)

OUTCOME:

☐ By Agreement of the Parties

___ Granted - Approved - Sustained
_(✓)_ **Denied** - Denied without prejudice - Withdrawn in open court - Overruled
___ OSC enforced/released

___ Continued to: _____ For: _____

_✓_ Formal order/stipulation to be submitted by: _____ Date due _____
_✓_ Findings and conclusions dictated at close of hearing incorporated by reference.

___ Taken under advisement:  Brief(s) due _____ From _____
                            Response(s) due _____ From _____

___ Fees allowed in the amount of: $_____ Expenses of: $_____

___ No appearance/response by: _____

___ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

*The Court sua sponte dismisses this adversary proceeding.*

IT IS SO NOTED:                                         IT IS SO ORDERED:

*[signature]*                                           *[signature]*  Dated: 2/11/04
Courtroom Deputy                                        William C. Hillman, U.S. Bankruptcy Judge

35

FEB 23 '04 PM 3:55 USB

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

CHAPTER 7

IN RE: Yury Shkolnikov
    Debtor      Case No. 03-16727 (Judge Hillman)
               Adversary Proceeding: 03-01478

Mikhail Elkin
Boris Elkin
Elina Levinson as administratrix of the Estate of Senya Elkin
Anna Kutikov
Gennady Kutikov
Anna Kutikov as administratrix of the Estate of Marat Kutikov
Sergey Rabovsky
Boris Rabovsky
Igor Rabovsky
Sergey Rabovsky as administrator of the Estate of Alla Rabovsky
Luba Levin
Michael Rabinovich
Luba Levin and Michael Rabinovich as administrators of the estate of Mariya Vilner
Luba Levin and Michael Rabinovich as administrators of the estate of Vitaly Rabinovich
Michael Pevtsov
Alek Pevtsov
Alek and Michael Pevtsov as representatives and successors of Zyama Pevtsov
Alek and Michael Pevtsov as representatives and successors of Tsilya Pevtsov
                                                                  Plaintiffs-
Creditors

v.
Yury Shkolnikov, Defendant-Debtor

**Motion for Revision, Amendment, Revocation, Reconsideration or Otherwise of Sua Sponte Dismissal**

    The dismissal probably as a matter of law is without prejudice, but the docket is silent and FRCP 41 has some broad language. The dismissal should be without prejudice. No adverse party ever served an answer or a motion for summary judgment filed. In fact, no adverse party has objected or does object. There was no hearing noticed on the dismissal. The Plaintiffs' counsel is not experienced in bankruptcy, and could not

36

recite without notice from memory case citations. Otherwise, Plaintiffs should be given leave to amend.

The case involved an inchoate or potential cause in action that the debtor did not list on his schedules, as debtor stated it has no value. The Trustee filed a report claiming no asset, in effect abandoning this asset. The Trustee's response to the Motion for Default Judgment stated that the Trustee had investigated and found no value. Thus, the report that in effect abandoned the asset was not an inadvertent act.

Assets can be assigned directly to creditors, see *In the Matter of Lintz West Side Lumber, Inc.*, 655 F. 3d 786 (7th cir. 1981). Causes of action can be assigned, see *In re: William C. Murphy and Sharon Murphy*, 288 B.R. 1 . 49 Collier Bankr cas 2nd (MB) 1248 assigned to Debtor with proceeds if successful to be proportioned between Debtor and Debtor's bankrupt estate.

The adversary complaint was filed, no response was ever filed and issue was never joined. It appears that there is no objection to the relief being asked for in the adversary complaint. The Plaintiffs had and still have considerable confusion about the proper procedure to follow, and the adversary proceeding may not be appropriate or needed or timely or expedient, and perhaps should not have been filed.. However, any dismissal should be without prejudice.

Plaintiffs by their attorney,

Marc S. Alpert, BBO # 016420
Marc S. Alpert, P.C.
50 Congress St., suite 225
Boston, MA 02109-4002
Tel: 617 227-2380  Fax: 617 367-8840
e-mail: trepla4133@aol.com

37

Certificate of service: I certify that on 2-23-03 a copy of this motion with the attachment was mailed postage prepaid to each of the following:
Mark G. DeGiacomo, Trustee
Roche, Carens & DeGiacomo
99 High Street
Boston, MA 02110

And
Richard M. Canzano
36 Commerce Way
Woburn, MA 01801

FEB 23'04 PM 3:55 USB

38