United States District Court for the District of Massachusetts
No. 04-11074-DPW

FILED
IN CLERKS OFFICE

2004 JUN 14 P 1: 59

U.S. DISTRICT COURT
DISTRICT OF MASS.

IN RE: YURY SHKOLNIKOV

BANKRUPTCY APPEAL

ON APPEAL FROM A JUDGMENT OF THE BANKRUPTCY COURT

IN RE: Yury Shkolnikov
     Debtor


Mikhail Elkin
Boris Elkin
Elina Levinson as administratrix of the Estate of Senya Elkin
Anna Kutikov
Gennady Kutikov
Anna Kutikov as administratrix of the Estate of Marat Kutikov
Sergey Rabovsky
Boris Rabovsky
Igor Rabovsky
Sergey Rabovsky as administrator of the Estate of Alla Rabovsky
Luba Levin
Michael Rabinovich
Luba Levin and Michael Rabinovich as administrators of the estate of Mariya Vilner
Luba Levin and Michael Rabinovich as administrators of the estate of Vitaly Rabinovich
Michael Pevtsov
Alek Pevtsov
Alek and Michael Pevtsov as representatives and successors of Zyama Pevtsov
Alek and Michael Pevtsov as representatives and successors of Tsilya Pevtsov

                                               Appellants--Creditors


Appellants (Passengers)-Cerificate of service
I certify that on 6-14-04 one copy of the Brief and Appendix was served by mail postage
prepaid on:Richard M. Conzano, 26 Commerce Way, Woburn, MA 01801 and on Mark
DeGiacomo , Trustee, Roche Carens & DeGiacomo,99 High St. Boston, MA 02110


Appellants (Passengers),
By their attorney,

Marc S. Alpert, BBO # 016420
Marc S. Alpert, P.C.
50 Congress St., suite 225
Boston, MA 02109-4002