TELEPHONE 617-227-2380

FILED
IN CLERKS OFFICE
FAX 617-367-8840

J.A. Alpert
(1939-1973)

**Marc S. Alpert, P.C.**
ATTORNEY AT LAW
50 CONGRESS STREET, SUITE 225
BOSTON, MA 02109-4002

2004 JUL -1  A 11: 40

U.S. DISTRICT COURT
DISTRICT OF MASS

Marc S. Alpert
Attorney-at-Law

June 29, 2004

Ms. Michelle Rynne
Docket Clerk to Judge Woodlock
United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02210

RE: Case # No. 04-11074-DPW, In Re Shkolnikov

Dear Ms. Rynne:

Today I checked on Pacer the docket. I did not understand it.

First, the original due date for the brief was June 11, 2004. However, the Court was closed on June 11, 2004 due to President Reagan's National Day of Mourning. The next business day was June 14, 2004 and the brief was filed that day. Under Rule 6(a) the deadline was automatically extended.

Second, the brief and appendix were both filed together and should have the same filing date of June 14, 2004.

Thank you.

Very truly yours,

Marc Alpert