UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MIKHAIL ELKIN, ET AL.,

    v.                                Civil Action No. 04-11074-DPW

YURY SHKOLNIKOV

### ORDER FOR ATTORNEY RICHARD M. CANZANO TO SHOW CAUSE

WOODLOCK, District Judge

    Counsel for Yury Shkolnikov, Richard M. Canzano, having failed to appear at a duly noticed hearing this date*, and having failed to seek leave of Court for a continuance of the hearing, it is hereby ORDERED that Attorney Richard Canzano shall show good cause why he should not be held in Contempt for failing to appear at the hearing this date, or for failing to seek leave of Court to continue the hearing.

    **A SHOW CAUSE HEARING is set for SEPTEMBER 20, 2004 AT 10:00 A.M.** in courtroom 1 on the third floor before Hon. Douglas P. Woodlock, U.S.D.J. <u>Attorney Canzano is ORDERED to appear in person at this hearing</u>, and may submit a written response to this Order by no later than **SEPTEMBER 13, 2004.**

    **A HEARING ON THE SUBSTANTIVE ISSUES IN THIS CASE WILL ALSO BE HELD ON SEPTEMBER 20, 2004 AT 10:00 A.M.** and counsel should be prepared to address the issues in this case.

                                                  By the Court,

                                                  /s/ Rebecca Greenberg
DATED: August 26, 2004                 Deputy Clerk

*The hearing was originally scheduled for August 19, 2004 but was re-scheduled for August 26, 2004 due to Attorney Canzano's conflict with a trial in state court. On August 18, 2004 Attorney Canzano was given e-mail notice of the rescheduling via a reply from the clerk to counsel. Telephonic message was also left regarding the hearing date.