```
          UNITED STATES DISTRICT COURT
           DISTRICT OF MASSACHUSETTS
```

MIKHAIL ELKIN, ET AL.,

    v.                    Civil Action No. 04-11074-DPW

YURY SHKOLNIKOV

## NOTICE OF HEARING

WOODLOCK, District Judge

    Take notice that a HEARING on the merits of the case is set for **SEPTEMBER 20, 2004 AT 10:00 A.M.** and counsel should be prepared to address the issues in this case. Attorneys Graceffa and Schneider are directed to appear, as well as Attorneys Canzano and Alpert.

    Attorney Alpert is directed to contact the Trustee, Mark DiGiacomo forthwith, to advise him of this hearing date, and notify him that his appearance at this hearing is also requested.

                                      By the Court,

                                      /s/ Rebecca Greenberg
DATED: August 26, 2004           Deputy Clerk