TELEPHONE 617-227-2380                                                                FAX 617-367-8840

J.A. Alpert                    **Marc S. Alpert, P.C.**
(1939-1973)                    ATTORNEY AT LAW
                               50 CONGRESS STREET, SUITE 225
                               BOSTON, MA 02109-4002

*Marc S. Alpert*
*Attorney-at-Law*

August 26, 2004

Hon Judge Woodlock
U.S. Courthouse
One Courthouse Way
Boston, MA 02110

RE: Elkin et. al. v. Shkolnikov, # 04 cv 11074
Supplement and corrections with respect to matters at today's conference

Dear Judge Woodlock:

This letter is to supplement and correct certain matters discussed at today's hearing.

First, Mr. Graceffa and Mr. Schneider were served with the motion for relief from automatic stay and a courtesy copy of the related adversary complaint. This was done apparently on 11-16-03 (the day before actual filing), and an additional copy of both was also e-mailed to each of them on that date. I am enclosing a copy of the certificate of service and of the e-mail.

Second, I am enclosing copies of the e-mails with Mr. Schneider in which he stated I could represent to the Court that Metropolitan does not oppose the motion as drafted for release of the funds.

Third, I misspoke Mr. Shkolnikov was never offered a percentage of any recovery as part of the assignment. More to the point, I am averse to doing so now for various reasons including: (a) the basic underlying case has yet to be tried, and (b) he has filed bankruptcy.

Fourth, I misspoke the last release presented by the Elkin group did not release the whole world, it did release completely Mr. Shkolnikov and Metropolitan. I am enclosing a copy. This release replaced a very similar that was rejected and added language to satisfy the rejection.

Very truly yours,

Marc Alpert

From: Marc Alpert <trepla2380@juno.com>
To: mdegiacomo@murthalaw.com
Cc: info@csjlaw.com,Rdenney@dennbarr.com,Richardandlydia@earthlink.com,
    Langel@dennbarr.com,Lbarrett@dennbarr.com,SRaph94446@msn.com,
    bchase@bisnar-chase.com,AlekWMN@aol.com,Mpevts@aol.com,
    MVR100@yahoo.com,luba.levin@rcn.com,Mgj1979@aol.com,
    sfendler@fendlerlaw.com,srabovsky@hotmail.com,
    dakushunrajou@hotmail.com,geglk@aol.com,br323@nycap.rr.com,
    dlivit@aol.com,wcaldw@yahoo.com,fozello@gydlaw.com,
    william.daniels@mazurskyschwartzlaw.com,JDUFFY@GYDLAW.COM,
    pdubrawski@hbblaw.com,trepla2380@juno.com,
    jgraceff@mail.mm-m.com,wschneid@mail.mm-m.com
Date: Sun, 16 Nov 2003 19:35:45 -0500
Subject: Courtesy copy in pdf form of papers served on 11-16-03 and to be filed on 11-17-03
Message-ID: <20031116.193546.-569671.0.trepla2380@juno.com>

Here are courtesy copies in pdf forms of papers already served on 11-16-03 and will be filed on 11-17-03. The package includes adversary complaint, motion for relief from automatic stay, proposed order and service list. The Appendix goes through the 29 creditors listed in the filing petition.

It looks like there will be no filing to set aside fraudulent conveyance and/or to deny the debtor a discharge. This is a client decision, as my clients have decided not to look to any personal assets of Mr. Shkiolnikov. (As an aside, this appears to have been a totally unnecessary bankruptcy filing).

If anyone has any comments or questions or concerns, please do not hesitate to contact me. The best way this week is either to send an e-mail or make arrangements to meet or to talk at a specified time.--Marc Alpert

CERTICATE OF SERVICE-MOTION FOR RELIEF FROM AUTOMATIC STAY (complete package) and COURTESY COPY OF RELATED ADVERSARY COMPLAINT

Case: 03-16727                                                  Total Served: 14

The following entities were served by first class mail on or before November 17, 2003

Richard M. Canzano
36 Commerce Way
Woburn, MA 01801


Mark G. DeGiacomo

99 High Street

Boston, MA 02110


John Fitzgerald,
Office of the US Trustee
10 Causeway Street,
Boston, MA 02222


Citibank Aadvantage

Box 6062

Sioux Falls, SD 57117-6062


John Duffy

Frank Ozello,

Gray, York and Duffy, LLP

15760 Ventura Blvd, 16th,

Encino, CA 91436


Garry W. Williams, Esq.

Law Ofcs of Garry W. Wiliams

6928 Owensmouth Aye, Suit,

Canoga Park, CA 91303


Glendale Dodge
Adams Nye Sinunu Walk
633 Battery Street, 5th F
San Francisco, CA 94111

John P. Graceffa,

William Schneider
Morrison, Mahoney and Miller
250 Summer Street
Boston, MA 02210-1181

Kenneth Gluckman, Esq.
Daimler Chrysler Corp.
1000 Chrysler Drive
Auburn Hills, MI 48326

Michael G. Bruno, Esq.
Linda A. King and Associate
2044 First Avenue, Suite,
San Diego, CA 92101

Rod J. Cappy, Esq.,
Grace, Genson, Cosgrove,
444 South Flower Street,
Los Angeles, CA 90071

Scott W. ONeill,
William Caldwell
ONeill and Marchiondo
5 Hutton Centre, Suite 11
Santa Ana, CA 92707

Steven Alan Beilock, Esq
Adams, Nye, Sinunu, Walker
633 Battery Street, 9th F
San Francisco, CA 94111

William A. Daniels, Esq.,
Mazursky and Schwartz
10990 Wilshire Blvd, Ste,
Los Angeles, CA 90024

---------- Forwarded message ----------
From: "William Schneider" <wschneid@mail.mm-m.com>
To: <trepla2380@juno.com>
Date: Tue, 29 Jun 2004 10:14:55 -0400
Subject: Re: Revised proposed motion in response to your e-mail
Message-ID: <s0e14136.026@durante.mm-m.com>

Dear Mr. Alpert;

You may, if you choose, proceed to file your motion with the court at your earliest convenience. You may also represent in the Local Rule 7.1 statement that we have conferred and that Metropolitan does not oppose your motion as drafted.

One final housekeeping detail. Once I confirm that your clients and the Pevtsov brothers have received their portions of the money, I would like to file a simple statement alerting the court that all of the money has been paid out and to close the case. Your thoughts?


William A. Schneider, CPCU
Morrison, Mahoney & Miller, LLP
250 Summer Street
Boston, MA 02210

(617) 439-7500 (main)
(617) 439-7573 (direct)
(617) 342-4951 (facsimile)


>>> "trepla2380@juno.com" <trepla2380@juno.com> 06/29/04 09:08AM >>>

Thank you for your recent e-mail. Here is a very simple proposed motion.
****************************************************************
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

METROPOLITAN PROPERTY AND
CASUALTY INSURANCE COMPANY,       )
        Plaintiff, )
v.                                )
                                  )
SHAN TRAC, INC. D/B/A THRIFTY CAR RENTAL,   )
DAIMLER CHRYSLER CORPORATION, YURY          )
SHKOLNIKOV, ANNA N. KUTIKOVA, a/k/a ANNA    )
YANKOVSKAYA, Individually and as the Surviving Spouse  )
of MARAT KUTIKOVA, MARAT R. ROMANOVSKY,     )
Individually and as the Surviving Spouse of LEYA M.    )
ROMANOVSKY, YELENA BROBRITSKY, SVETLANA     ) CIVIL DOCKET NO.

ROMANOVSKY, VERONICA ROMANOVSKY, a Minor, by           )
00&#8209;11663&#8209;RCL
her Father and Next Friend, MARAT R. ROMANOVSKY,       )

SVETLANA SHKOLNIKOV, MICHAEL ELKIN, Individually       )
and as the Surviving Spouse of SEYNA ELKIN, ELINA      )
LEVINSON, Administratrix of the Estate of SEYNA ELKIN  )
MIKHAIL PEVTSOV and ALEK PEVTSOV, both Individually    )
and as Successors of Their Parents, ZYAMA PEVTSOV and  )

TSILYA PEVTSOV, LUBA LEVIN and MICHAEL )
RABINOVICH, As Co&#8209;Administrators of THE ESTATES
OF                  )
MARIYA VILNER and VITALY RABINOVICH, and    )
SERGEY RABOVSKY Individually and as the Surviving
Spouse         )
of ALLA ROBOVSKY,       )

Defendants.

      The defendants have agreed to a division of the Metropolitan policy proceeds into eleven equal shares, and the moving parties are pursuant to said agreement entitled to seven of those eleven equal shares. The Metropolitan policy limits interpled into Court by plaintiff Metropolitan is $300,000.00.

      The defendants and the plaintiff are in agreement that the seven shares should be paid to the Moving Parties and no opposition. There is no need for a longer motion, and such a motion is impossible as the parties have disagreements.

      Wherefore, the Moving Parries move that seven shares be paid to the Moving Parties. Each equal share is 27,272.72, so seven shares total $109.909.04.
The Moving Parties move that the Court signed the attached order directing the Clerk to pay the aforesaid amount to Marc S. Alpert, P.C. the attorney for the Moving Parties. The attached order is in accord with applicable FRCP and local rules.

_____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

METROPOLITAN PROPERTY AND
CASUALTY INSURANCE COMPANY,         )
    Plaintiff, )
v.                  )
                    )
SHAN TRAC, INC. D/B/A THRIFTY CAR RENTAL,    )
DAIMLER CHRYSLER CORPORATION, YURY    )
SHKOLNIKOV, ANNA N. KUTIKOVA, a/k/a ANNA    )
YANKOVSKAYA, Individually and as the Surviving Spouse    )
of MARAT KUTIKOVA, MARAT R. ROMANOVSKY,    )
Individually and as the Surviving Spouse of LEYA M.    )
ROMANOVSKY, YELENA BROBRITSKY, SVETLANA    ) CIVIL DOCKET NO.

ROMANOVSKY, VERONICA ROMANOVSKY, a Minor, by    )
00&#8209;11663&#8209;RCL
her Father and Next Friend, MARAT R. ROMANOVSKY,    )

SVETLANA SHKOLNIKOV, MICHAEL ELKIN, Individually    )
and as the Surviving Spouse of SEYNA ELKIN, ELINA    )
LEVINSON, Administratrix of the Estate of SEYNA ELKIN    )
MIKHAIL PEVTSOV and ALEK PEVTSOV, both Individually    )
and as Successors of Their Parents, ZYAMA PEVTSOV and    )
TSILYA PEVTSOV, LUBA LEVIN and MICHAEL      )
RABINOVICH, As Co&#8209;Administrators of THE ESTATES
OF                )
MARIYA VILNER and VITALY RABINOVICH, and     )
SERGEY RABOVSKY Individually and as the Surviving

Spouse           )
of ALLA ROBOVSKY,    )

Defendants.

LOCAL RULE 67.3 ORDER FOR DISBUSEMENT OF REGISTRY FUNDS

The Court herein orders the release from the Registry Funds paid by Metropolitan Property and Casualty Insurance Company on or about August 2000, the amount of $190,909.04.

The $190,909.04 is to be paid in a check from the Registry Funds. The named payee on the check is: "Marc S. Alpert, P.C, as Attorney." The tax identification number is 04-2773447. The address to be used for Marc S. Alpert, P.C. is 50 Congress Street, suite 225, Boston, MA 02109-4008.

Disbursement shall be made immediately upon receipt of the Order.

_____
Lindsay, J., Judge of United States District Court District of Massachusetts

From: "William Schneider" <wschneid@mail.mm-m.com>
To: <trepla2380@juno.com>
Date: Wed, 30 Jun 2004 09:21:22 -0400
Subject: Re: Motion to release 7 shares to be filed tomorrow
Message-ID: <s0e2862f.081@durante.mm-m.com>

Marc;

Your motion is acceptable. My only suggestion would be to delete the second paragraph. I do not see the need to apprise the court that we have disagreements at this time - especially where were we do agree on the disbursement issue. Also, your thoughts on dismissing the case once all the money is paid out?

>>> "trepla2380@juno.com" <trepla2380@juno.com> 06/30/04 08:06AM >>>
Here is the complete motion package to release the seven shares. I presently intend to file tomorrow (7-1-04). Kindly advise if there is any problem or objection or otherwise.Thank you.--Marc Alpert

## REVISED RELEASE OF CLAIMS ARISING FROM MARCH 8, 2000 ACCIDENT
## MONEY MUST BE RECEIVED BY 9 AM PDT AUGUST 11, 2003 OR THIS
## RELEASE AUTOMATICALLY VOID

In consideration of the payment of two-elevenths of three hundred thousand dollars ($300,000.00) or $ 54,545.44 to be paid to Marc S. Alpert, P.C. as attorney for Mikhal Elkin, Boris Elkin and Elina Levinson, Administratrix, we
Mikhal Elkin,
Boris Elkin and
Elina Levinson, Administratrix of the estate of Seyna Elkin

hereby remise, release and forever discharge YURY SHOLNIKOV from all debts, demands, actions, causes of action, suits, sums of money, attorneys' fees, punitive damages, bodily injury damages, property damages, wrongful death damages, covenants, contracts, agreements, promises, omissions, damages, executions, and liabilities and any and all other claims of every kind, nature and description whatsoever from the beginning of the world to this date which ever were raised or could ever have been raised in any civil action or administrative proceeding arising out of and/or related to death, personal injuries and/or any other damages allegedly sustained by any person as the result of an automobile accident that occurred on or about March 8, 2000 in Nevada, U.S.A.

The terms of this release shall bar or preclude any lawsuit or cause of action against YURY SHKOLNIKOV whether or not such lawsuit or claim arose out of the March 8, 2000 accident. This release also includes any and all after-acquired claims against Yury Shkolnikov that relate to or arise from the March 8, 2000 accident. Specifically, this release includes any rights the undersigned now have or may acquire in the future in claims arising from a written indemnification made by Yury Shkolnikov agreeing to indemnify an entity known as Shan Trac, Inc. d/b/a Thrifty Rent-a-Car.

We Mikhal Elkin,
Boris Elkin and
Elina Levinson, Administratrix of the estate of Seyna Elkin
also release METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY as the insurer of Yury Shkolnikov from any claims of any nature including those grounded in bad faith, unfair or deceptive acts or practices arising from or related to insuring Yury Shkolnikov in connection with the March 8, 2000 accident.

No other individual or party is being released. YURY SHKOLNIKOV is currently a defendant in three cases in Los Angeles Superior Court numbered BC240486, BC246213 and BC246237. These cases will continue as to the other defendants. The other defendants (Shan Trac, Inc., Thrifty Automotive Group, Inc. and others named) in the aforesaid cases are not being released and not being discharged by this release.

The payment made pursuant to the Release of Claims is for the purpose of a compromise and settlement of disputed claims, for which liability has been

denied by YURY SHKOLNIKOV, and this payment is not in any way to be construed as an admission of liability.

In further consideration of the above payment, we hereby agree to save harmless and indemnify YURY SHKOLNIKOV from any claim which may hereafter be made or presented and that is presently unknown to YURY SHKOLNIKOV or Metropolitan Property Casualty Insurance Company from anyone claiming to be a relative by blood, marriage or adoption to Mikhal Elkin, Seyna Elkin and/or Boris Elkin
and also from anyone claiming that any of us assigned our rights prior to this date against Shkolnikov.

**THIS RELEASE SHALL BECOME NULL AND VOID IF THE AFORESAID $54,545.44 is not received by 9 AM PDT on Monday August 11, 2003.**

We further agree that in the event the $54,545.44 is paid from funds or sources of funds other than funds paid into United States District Court for District of Massachusetts, we will reasonably cooperate with any efforts by METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY to retrieve the $54,545.44 including executing reasonable documents that may be necessary or advisable for METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY to retrieve the $54,545.44.

We have carefully read this document, understand its content; and sign it as our own free act.

EXECUTED AS A SEALED INSTRUMENT THIS ___8___ DAY OF ___August___, 2003.

___Boris Elkin___
Boris Elkin

___Michael Elkin___
Mikhail Elkin

___Elina Levinson___
ELINA LEVINSON, as Administratrix of the
Estate of SENYA ELKIN

___Marina U. Chinikaylo___  8/8/03

NOTARIAL SEAL
MARINA U. CHINIKAYLO, Notary Public
West Wyoming Boro, Luzerne County
My Commission Expires March 19, 2006