UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MIKHAIL ELKIN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> YURY SHKOLNIKOV, <br><br> Defendant. | C.A. NO. <br><br> 04-11074-DPW |

### RESPONSE OF COUNSEL FOR YURY SHKOLNIKOV

Now comes Richard M. Canzano, counsel for defendant Yury Shkolnikov, and states that the reason counsel did not appear at the hearing originally scheduled on August 19, 2004 and rescheduled to August 26, 2004 was because the hearing date was not docketed. Counsel's legal assistant was on a summer work schedule, thus causing the misdocketing.

Counsel respectfully apologizes to the Court and to other counsel

Richard M. Canzano
BBO 072500
Blumsack & Canzano
36 Commerce Way
Woburn, MA 01801
781 935 3500

## CERTIFICATE OF SERVICE

The undersigned, attorney for the defendant Yury Shkolnikov, hereby certifies that a copy of the following:

**Response of Counsel for Yury Shkolnikov**

was served by mailing, postage prepaid, to:

Marc S. Alpert, Esq.
Marc S. Alpert, P.C.
50 Congress Street, Suite 225
Boston, MA  02109

William A. Schneider, Esq.
Morrison, Mahoney & Miller LLP
250 Summer Street
Boston, MA  02110-1181

John P Graceffa, Esq.
Morrison, Mahoney & Miller LLP
250 Summer Street
Boston, MA  02210-1181

Mark G. DeGiacomo, Chapter 7 Trustee
Roche, Carens & DeGiacomo
99 High Street
Boston, MA  02110


This 13th day of September, 2004.

_____
Richard M. Canzano
BBO # 072500
Blumsack & Canzano
36 Commerce Way
Woburn, MA 01801
(781) 935-3500