## RELEASE OF CLAIMS ARISING FROM MARCH 8, 2000 ACCIDENT

In consideration of three hundred thousand dollars ($300,000.00) plus
_____ in accumulated interest to be paid in eleven equal shares as follows:
Three shares to E. Stewart Jones, Jr. of 28 Second Street, Troy New York  12180, as attorney;
Two shares to Stephen J. Fendler of 584 Wyoming Avenue, Kingston, PA  18704-3702, as attorney;
Two Shares to Arnold Schwartz of 10980 Wilshire Boulevard, Suite 1200, Los Angeles, CA 90024-3927, as attorney;
Four shares to Marc S. Alpert of 50 Congress Street, Suite 225, Boston, MA  02109, as attorney, I Mikhail Elkin hereby remise, release and forever discharge YURY SHOLNIKOV from all debts, demands, actions, causes of action, suits, sums of money, attorneys' fees, punitive damages, bodily injury damages, property damages, wrongful death damages, covenants, contracts, agreements, promises, omissions, damages, executions, and liabilities and any and all other claims of every kind, nature and description whatsoever from the beginning of the world to this date which ever were raised or could ever have been raised in any civil action or administrative proceeding arising out of and/or related to death, personal injuries and/or any other damages allegedly sustained by any person as the result of an automobile accident that occurred on or about March 8, 2000 in Nevada, U.S.A.

The terms of this release shall not bar or preclude any lawsuit or cause of action against YURY SHKOLNIKOV that did not arise out of the March 8, 2000 accident.

This is a release of YURY SHKOLNIKOV only.  No other individual or party is being released. YURY SHKOLNIKOV is currently a defendant in three cases in Los Angeles Superior Court numbered BC240486, BC246213 and BC246237.  These cases will continue as to the other defendants.  The other defendants (Shan Trac, Inc., Thrifty Automotive Group, Inc. and others named) in the aforesaid cases are not being released and not being discharged.

The payment made pursuant to the Release of Claims is for the purpose of a compromise and settlement of disputed claims, for which liability has been denied by YURY SHKOLNIKOV, and this payment is not in any way to be construed as an admission of liability.

In further consideration of the above payment, I hereby agree to save harmless and indemnify YURY SHKOLNIKOV from any claim which may hereafter be made or presented and that is presently unknown to YURY SHKOLNIKOV or Metropolitan Property Casualty Insurance Company from anyone claiming to be a relative by blood, marriage or adoption to Mikhail Elkin and also from anyone claiming that I assigned our rights prior to this date against Shkolnikov.

THIS RELEASE SHALL BECOME NULL AND VOID IF THE AFORESAID THREE HUNDRED THOUSAND DOLLARS ($300,000.00) PLUS ACCUMULATED INTEREST IS NOT RECEIVED IN THE ELEVEN EQUAL SHARES BY 5:00 P.M. EST ON DECEMBER 24, 2002.

I have carefully read this document, understand its content, and sign it as my own free act. EXECUTED AS A SEALED INSTRUMENT THIS ____4____ DAY OF
__X_ December__, 2002.

                                        _Michael Elkin_
                                        Mikhail Elkin



COMMONWEALTH OF PENNSYLVANIA )
)  SS:
COUNTY OF LUZERNE )

ON THIS, the _4_ day of _December_, 2002, before me, the undersigned officer, a notary public for the Commonwealth of Pennsylvania, residing in Luzerne County, personally appeared MIKHAIL ELKIN known to me, or satisfactorily proven, to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal the day and year first above written.

_Colleen M McGovern_
Notary Public

NOTARIAL SEAL
COLLEEN M. McGOVERN, NOTARY PUBLIC
KINGSTON, LUZERNE COUNTY
MY COMMISSION EXPIRES JULY 20, 2006.

## RELEASE OF CLAIMS ARISING FROM MARCH 8, 2000 ACCIDENT

In consideration of three hundred thousand dollars ($300,000.00) plus _____ in accumulated interest to be paid in eleven equal shares as follows:

Three shares to E. Stewart Jones, Jr. of 28 Second Street, Troy New York  12180, as attorney;

Two shares to  Stephen J. Fendler of 584 Wyoming Avenue, Kingston, PA  18704-3702, as attorney;

Two Shares to Arnold Schwartz of 10980 Wilshire Boulevard, Suite 1200, Los Angeles, CA 90024-3927, as attorney;

Four shares to Marc S. Alpert of 50 Congress Street, Suite 225, Boston, MA  02109, as attorney, I Boris Elkin hereby remise, release and forever discharge YURY SHOLNIKOV from all debts, demands, actions, causes of action, suits, sums of money, attorneys' fees, punitive damages, bodily injury damages, property damages, wrongful death damages, covenants, contracts, agreements, promises, omissions, damages, executions, and liabilities and any and all other claims of every kind, nature and description whatsoever from the beginning of the world to this date which ever were raised or could ever have been raised in any civil action or administrative proceeding arising out of and/or related to death, personal injuries and/or any other damages allegedly sustained by any person as the result of an automobile accident that occurred on or about March 8, 2000 in Nevada, U.S.A.

The terms of this release shall not bar or preclude any lawsuit or cause of action against YURY SHKOLNIKOV that did not arise out of the March 8, 2000 accident.

This is a release of YURY SHKOLNIKOV only.  No other individual or party is being released. YURY SHKOLNIKOV is currently a defendant in three cases in Los Angeles Superior Court numbered BC240486, BC246213 and BC246237.  These cases will continue as to the other defendants.  The other defendants (Shan Trac, Inc., Thrifty Automotive Group, Inc. and others named) in the aforesaid cases are not being released and not being discharged.

The payment made pursuant to the Release of Claims is for the purpose of a compromise and settlement of disputed claims, for which liability has been denied by YURY SHKOLNIKOV, and this payment is not in any way to be construed as an admission of liability.

In further consideration of the above payment, I hereby agree to save harmless and indemnify YURY SHKOLNIKOV from any claim which may hereafter be made or presented and that is presently unknown to YURY SHKOLNIKOV or Metropolitan Property Casualty Insurance Company from anyone claiming to be a relative by blood, marriage or adoption to Boris Elkin and also from anyone claiming that I assigned our rights prior to this date against Shkolnikov.

THIS RELEASE SHALL BECOME NULL AND VOID IF THE AFORESAID THREE HUNDRED THOUSAND DOLLARS ($300,000.00) PLUS ACCUMULATED INTEREST IS NOT RECEIVED IN THE ELEVEN EQUAL SHARES BY 5:00 P.M. EST ON DECEMBER 24, 2002.

I have carefully read this document, understand its content; and sign it as my own free act. EXECUTED AS A SEALED INSTRUMENT THIS _____ DAY OF 12-2-2002 , 2002.

_Boris Elkin_

Boris Elkin

COMMONWEALTH OF PENNSYLVANIA )
                                                                    ) SS:
COUNTY OF LUZERNE                          )

ON THIS, the _2nd_ day of _December_ 2002, before me, the undersigned officer, a notary public for the Commonwealth of Pennsylvania, residing in Luzerne County, personally appeared BORIS ELKIN known to me, or satisfactorily proven, to be the person whose name is subscribed to the within instrument, and acknowledged that he executed the same for the purposes therein contained.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal the day and year first above written.

_____
Notary Public

NOTARIAL SEAL
COLLEEN M. McGOVERN, NOTARY PUBLIC
KINGSTON, LUZERNE COUNTY
MY COMMISSION EXPIRES JULY 20, 2006.

## RELEASE OF CLAIMS ARISING FROM MARCH 8, 2000 ACCIDENT

In consideration of three hundred thousand dollars ($300,000.00) plus
_____ in accumulated interest to be paid in eleven equal shares as follows:
Three shares to E. Stewart Jones, Jr. of 28 Second Street, Troy New York  12180, as attorney;
Two shares to Stephen J. Fendler of 584 Wyoming Avenue, Kingston, PA  18704-3702, as attorney;
Two Shares to Arnold Schwartz of 10980 Wilshire Boulevard, Suite 1200, Los Angeles, CA 90024-3927, as attorney;
Four shares to Marc S. Alpert of 50 Congress Street, Suite 225, Boston, MA  02109, as attorney,
I ELINA LEVINSON, as Administratrix of the Estate of SENYA ELKIN hereby remise, release and forever discharge YURY SHOLNIKOV from all debts, demands, actions, causes of action, suits, sums of money, attorneys' fees, punitive damages, bodily injury damages, property damages, wrongful death damages, covenants, contracts, agreements, promises, omissions, damages, executions, and liabilities and any and all other claims of every kind, nature and description whatsoever from the beginning of the world to this date which ever were raised or could ever have been raised in any civil action or administrative proceeding arising out of and/or related to death, personal injuries and/or any other damages allegedly sustained by any person as the result of an automobile accident that occurred on or about March 8, 2000 in Nevada, U.S.A.

The terms of this release shall not bar or preclude any lawsuit or cause of action against YURY SHKOLNIKOV that did not arise out of the March 8, 2000 accident.

This is a release of YURY SHKOLNIKOV only.  No other individual or party is being released. YURY SHKOLNIKOV is currently a defendant in three cases in Los Angeles Superior Court numbered BC240486, BC246213 and BC246237.  These cases will continue as to the other defendants.  The other defendants (Shan Trac, Inc., Thrifty Automotive Group, Inc. and others named) in the aforesaid cases are not being released and not being discharged.

The payment made pursuant to the Release of Claims is for the purpose of a compromise and settlement of disputed claims, for which liability has been denied by YURY SHKOLNIKOV, and this payment is not in any way to be construed as an admission of liability.

In further consideration of the above payment, I hereby agree to save harmless and indemnify YURY SHKOLNIKOV from any claim which may hereafter be made or presented and that is presently unknown to YURY SHKOLNIKOV or Metropolitan Property Casualty Insurance Company from anyone claiming to be a relative by blood, marriage or adoption to Senya Elkin and also from anyone claiming that I assigned our rights prior to this date against Shkolnikov.

THIS RELEASE SHALL BECOME NULL AND VOID IF THE AFORESAID THREE HUNDRED THOUSAND DOLLARS ($300,000.00) PLUS ACCUMULATED INTEREST IS NOT RECEIVED IN THE ELEVEN EQUAL SHARES BY 5:00 P.M. EST ON DECEMBER 24, 2002.

I have carefully read this document, understand its content; and sign it as my own free act.
EXECUTED AS A SEALED INSTRUMENT THIS _Second_ DAY OF
_december_ , 2002.

_Elina   Levinson_
ELINA LEVINSON, as Administratrix of the
Estate of SENYA ELKIN



COMMONWEALTH OF PENNSYLVANIA      )

COUNTY OF LUZERNE      ) SS:

                               )

     ON THIS, the _2nd_ day of _December_ 2002, before me, the undersigned officer, a notary public for the Commonwealth of Pennsylvania, residing in Luzerne County, personally appeared ELINA LEVINSON, as Administratrix of the Estate of SENYA ELKIN, known to me, or satisfactorily proven, to be the person whose name is subscribed to the within instrument, and acknowledged that she executed the same for the purposes therein contained.

     IN WITNESS WHEREOF, I have hereunto set my hand and official seal the day and year first above written.

                                    _Colleen M. McGovern_
                                    Notary Public

> NOTARIAL SEAL
> COLLEEN M. McGOVERN, NOTARY PUBLIC
> KINGSTON, LUZERNE COUNTY
> MY COMMISSION EXPIRES JULY 20, 2006.

## RELEASE OF CLAIMS ARISING FROM MARCH 8, 2000 ACCIDENT

In consideration of three hundred thousand dollars ($300,000.00) plus
_____ in accumulated interest to be paid in eleven equal shares as follows:
Three shares to E. Stewart Jones, Jr. of 28 Second Street, Troy New York  12180, as attorney;
Two shares to  Stephen J. Fendler of 584 Wyoming Avenue, Kingston, PA  18704-3702, as attorney;
Two Shares to Arnold Schwartz of 10980 Wilshire Boulevard, Suite 1200, Los Angeles, CA 90024-3927, as attorney;
Four shares to Marc S. Alpert of 50 Congress Street, Suite 225, Boston, MA  02109, as attorney,
I , Anna Kutikov _ hereby remise, release and forever discharge YURY SHOLNIKOV from all debts, demands, actions, causes of action, suits, sums of money, attorneys' fees, punitive damages, bodily injury damages, property damages, wrongful death damages, covenants, contracts, agreements, promises, omissions, damages, executions, and liabilities and any and all other claims of every kind, nature and description whatsoever from the beginning of the world to this date which ever were raised or could ever have been raised in any civil action or administrative proceeding arising out of and/or related to death, personal injuries and/or any other damages allegedly sustained by any person as the result of an automobile accident that occurred on or about March 8, 2000 in Nevada, U.S.A.

The terms of this release shall not bar or preclude any lawsuit or cause of action against YURY SHKOLNIKOV that did not arise out of the March 8, 2000 accident.

This is a release of YURY SHKOLNIKOV only.  No other individual or party is being released. YURY SHKOLNIKOV is currently a defendant in three cases in Los Angeles Superior Court numbered BC240486, BC246213 and BC246237.  These cases will continue as to the other defendants.  The other defendants (Shan Trac, Inc., Thrifty Automotive Group, Inc. and others named) in the aforesaid cases are not being released and not being discharged.

The payment made pursuant to the Release of Claims is for the purpose of a compromise and settlement of disputed claims, for which liability has been denied by YURY SHKOLNIKOV, and this payment is not in any way to be construed as an admission of liability.

In further consideration of the above payment, I hereby agree to save harmless and indemnify YURY SHKOLNIKOV from any claim which may hereafter be made or presented and that is presently unknown to YURY SHKOLNIKOV or Metropolitan Property Casualty Insurance Company from anyone claiming to be a relative by blood, marriage or adoption to Anna Kutikov and also from anyone claiming that I assigned my rights prior to this date against Shkolnikov.

THIS RELEASE SHALL BECOME NULL AND VOID IF THE AFORESAID THREE HUNDRED THOUSAND DOLLARS ($300,000.00) PLUS ACCUMULATED INTEREST IS NOT RECEIVED IN THE ELEVEN EQUAL SHARES BY 5:00 P.M. EST ON DECEMBER 24, 2002.

I have carefully read this document, understand its content; and sign it as my own free act.
EXECUTED AS A SEALED INSTRUMENT THIS _____ DAY OF
__12.02.02__, 2002

CARMEN S. RAMIREZ
Notary Public In the State of New York
Residing In Saratoga County
No. 01RA4013246
My Commission Expires Sept. 14, _____

From: Marc S. Alpert   To: Marc S. Alpert                    Date: 9/21/2004  Time: 12:35:02 PM

**Gannady Kutikov**

## RELEASE OF CLAIMS ARISING FROM MARCH 8, 2000 ACCIDENT

In consideration of three hundred thousand dollars ($300,000.00) plus
_____ in accumulated interest to be paid in eleven equal shares as follows:
Three shares to E. Stewart Jones, Jr. of 28 Second Street, Troy New York  12180, as attorney;
Two shares to  Stephen J. Fendler of 584 Wyoming Avenue, Kingston, PA  18704-3702, as
attorney;
Two Shares to Arnold Schwartz of 10980 Wilshire Boulevard, Suite 1200, Los Angeles, CA
90024-3927, as attorney;
Four shares to Marc S. Alpert of 50 Congress Street, Suite 225, Boston, MA  02109, as attorney,
I , Anna Kutikov as Administratrix of the Estate of Marat Kutikov_ hereby remise, release and
forever discharge YURY SHOLNIKOV from all debts, demands, actions, causes of action, suits,
sums of money, attorneys' fees, punitive damages, bodily injury damages, property damages,
wrongful death damages, covenants, contracts, agreements, promises, omissions, damages,
executions, and liabilities and any and all other claims of every kind, nature and description
whatsoever from the beginning of the world to this date which ever were raised or could ever have
been raised in any civil action or administrative proceeding arising out of and/or related to death,
personal injuries and/or any other damages allegedly sustained by any person as the result of an
automobile accident that occurred on or about March 8, 2000 in Nevada, U.S.A.

The terms of this release shall not bar or preclude any lawsuit or cause of action against YURY
SHKOLNIKOV that did not arise out of the March 8, 2000 accident.

This is a release of YURY SHKOLNIKOV only.  No other individual or party is being released.
YURY SHKOLNIKOV is currently a defendant in three cases in Los Angeles Superior Court
numbered BC240486, BC246213 and BC246237.  These cases will continue as to the other
defendants.  The other defendants (Shan Trac, Inc., Thrifty Automotive Group, Inc. and others
named) in the aforesaid cases are not being released and not being discharged.

The payment made pursuant to the Release of Claims is for the purpose of a compromise and
settlement of disputed claims, for which liability has been denied by YURY SHKOLNIKOV, and
this payment is not in any way to be construed as an admission of liability.

In further consideration of the above payment, I hereby agree to save harmless and
indemnify YURY SHKOLNIKOV from any claim which may hereafter be made or
presented and that is presently unknown to YURY SHKOLNIKOV or Metropolitan
Property Casualty Insurance Company from anyone claiming to be a relative by blood,
marriage or adoption to Marat Kutikov and also from anyone claiming that I assigned my
rights prior to this date against Shkolnikov.

THIS RELEASE SHALL BECOME NULL AND VOID IF THE AFORESAID THREE
HUNDRED THOUSAND DOLLARS ($300,000.00) PLUS ACCUMULATED INTEREST IS
NOT RECEIVED IN THE ELEVEN EQUAL SHARES BY 5:00 P.M. EST ON DECEMBER
24, 2002.

I have carefully read this document, understand its content; and sign it as my own free act.
EXECUTED AS A SEALED INSTRUMENT THIS _____ DAY OF
_12. 02_____ , 2002.

_____   A. Kutikov

CARMEN S. RAMOS
Notary Public in the State of New York
Residing in Saratoga County
No. 01RA6013249
My Commission Expires Sept. 14, 2003

Anna Kutikov as Administratrix of the Estate
of Marat Kutikov

## RELEASE OF CLAIMS ARISING FROM MARCH 8, 2000 ACCIDENT

In consideration of three hundred thousand dollars ($300,000.00) plus _____ in accumulated interest to be paid in eleven equal shares as follows:

Three shares to E. Stewart Jones, Jr. of 28 Second Street, Troy New York 12180, as attorney;

Two shares to Stephen J. Fendler of 584 Wyoming Avenue, Kingston, PA 18704-3702, as attorney;

Two Shares to Arnold Schwartz of 10980 Wilshire Boulevard, Suite 1200, Los Angeles, CA 90024-3927, as attorney;

Four shares to Marc S. Alpert of 50 Congress Street, Suite 225, Boston, MA 02109, as attorney;

I , Gannady Kutikov _ hereby remise, release and forever discharge YURY SHOLNIKOV from all debts, demands, actions, causes of action, suits, sums of money, attorneys' fees, punitive damages, bodily injury damages, property damages, wrongful death damages, covenants, contracts, agreements, promises, omissions, damages, executions, and liabilities and any and all other claims of every kind, nature and description whatsoever from the beginning of the world to this date which ever were raised or could ever have been raised in any civil action or administrative proceeding arising out of and/or related to death, personal injuries and/or any other damages allegedly sustained by any person as the result of an automobile accident that occurred on or about March 8, 2000 in Nevada, U.S.A.

The terms of this release shall not bar or preclude any lawsuit or cause of action against YURY SHKOLNIKOV that did not arise out of the March 8, 2000 accident.

This is a release of YURY SHKOLNIKOV only. No other individual or party is being released. YURY SHKOLNIKOV is currently a defendant in three cases in Los Angeles Superior Court numbered BC240486, BC246213 and BC246237. These cases will continue as to the other defendants. The other defendants (Shan Trac, Inc., Thrifty Automotive Group, Inc. and others named) in the aforesaid cases are not being released and not being discharged.

The payment made pursuant to the Release of Claims is for the purpose of a compromise and settlement of disputed claims, for which liability has been denied by YURY SHKOLNIKOV, and this payment is not in any way to be construed as an admission of liability.

In further consideration of the above payment, I hereby agree to save harmless and indemnify YURY SHKOLNIKOV from any claim which may hereafter be made or presented and that is presently unknown to YURY SHKOLNIKOV or Metropolitan Property Casualty Insurance Company from anyone claiming to be a relative by blood, marriage or adoption to Gannady Kutikov and also from anyone claiming that I assigned my rights prior to this date against Shkolnikov.

THIS RELEASE SHALL BECOME NULL AND VOID IF THE AFORESAID THREE HUNDRED THOUSAND DOLLARS ($300,000.00) PLUS ACCUMULATED INTEREST IS NOT RECEIVED IN THE ELEVEN EQUAL SHARES BY 5:00 P.M. EST ON DECEMBER 24, 2002.

I have carefully read this document, understand its content, and sign it as my own free act.
EXECUTED AS A SEALED INSTRUMENT THIS _____ DAY OF
_____12.02_____ , 2002.

*A. Kutikov*

CARMEN S. RAMJETT
Notary Public in the State of New York
Residing in Saratoga County
No. 01RA6013269
My Commission Expires Sept. 14, _____

Anna Kutikov

## RELEASE OF CLAIMS ARISING FROM MARCH 8, 2000 ACCIDENT

In consideration of three hundred thousand dollars ($300,000.00) plus
_____ in accumulated interest to be paid in eleven equal shares as follows:
Three shares to E. Stewart Jones, Jr. of 28 Second Street, Troy New York 12180, as attorney;
Two shares to Stephen J. Fendler of 584 Wyoming Avenue, Kingston, PA 18704-3702, as attorney;
Two Shares to Arnold Schwartz of 10980 Wilshire Boulevard, Suite 1200, Los Angeles, CA 90024-3927, as attorney;
Four shares to Marc S. Alpert of 50 Congress Street, Suite 225, Boston, MA 02109, as attorney,
I , Sergey Rabovsky as Administrator of the Estate of Alla Rabovsky hereby remise, release and
forever discharge YURY SHOLNIKOV from all debts, demands, actions, causes of action, suits,
sums of money, attorneys' fees, punitive damages, bodily injury damages, property damages,
wrongful death damages, covenants, contracts, agreements, promises, omissions, damages,
executions, and liabilities and any and all other claims of every kind, nature and description
whatsoever from the beginning of the world to this date which ever were raised or could ever
have been raised in any civil action or administrative proceeding arising out of and/or related to
death, personal injuries and/or any other damages allegedly sustained by any person as the result
of an automobile accident that occurred on or about March 8, 2000 in Nevada, U.S.A.

The terms of this release shall not bar or preclude any lawsuit or cause of action against YURY
SHKOLNIKOV that did not arise out of the March 8, 2000 accident.

This is a release of YURY SHKOLNIKOV only. No other individual or party is being released.
YURY SHKOLNIKOV is currently a defendant in three cases in Los Angeles Superior Court
numbered BC240486, BC246213 and BC246237. These cases will continue as to the other
defendants. The other defendants (Shan Trac, Inc., Thrifty Automotive Group, Inc. and others
named) in the aforesaid cases are not being released and not being discharged.

The payment made pursuant to the Release of Claims is for the purpose of a compromise and
settlement of disputed claims, for which liability has been denied by YURY SHKOLNIKOV, and
this payment is not in any way to be construed as an admission of liability.

In further consideration of the above payment, I hereby agree to save harmless and
indemnify YURY SHKOLNIKOV from any claim which may hereafter be made or
presented and that is presently unknown to YURY SHKOLNIKOV or Metropolitan
Property Casualty Insurance Company from anyone claiming to be a relative by blood,
marriage or adoption to Allar Rabovsky.and also from anyone claiming that I assigned
my rights prior to this date against Shkolnikov.

THIS RELEASE SHALL BECOME NULL AND VOID IF THE AFORESAID THREE
HUNDRED THOUSAND DOLLARS ($300,000.00) PLUS ACCUMULATED INTEREST IS
NOT RECEIVED IN THE ELEVEN EQUAL SHARES BY 5:00 P.M. EST ON DECEMBER
24, 2002.

I have carefully read this document, understand its content; and sign it as my own free act.
EXECUTED AS A SEALED INSTRUMENT THIS _29_ DAY OF
_November_, 2002.

Sergey Rabovsky as Administrator of the
Estate of Alla Rabovsky
Igor Rabovsky

CARMEN S. RAMJEET
Notary Public in the State of New York
Residing in Saratoga County
No. 01RA6013269
My Commission Expires Sept. 14,

## RELEASE OF CLAIMS ARISING FROM MARCH 8, 2000 ACCIDENT

In consideration of three hundred thousand dollars ($300,000.00) plus
_____ in accumulated interest to be paid in eleven equal shares as follows:
Three shares to E. Stewart Jones, Jr. of 28 Second Street, Troy New York  12180, as attorney;
Two shares to Stephen J. Fendler of 584 Wyoming Avenue, Kingston, PA  18704-3702, as attorney;
Two Shares to Arnold Schwartz of 10980 Wilshire Boulevard, Suite 1200, Los Angeles, CA 90024-3927, as attorney;
Four shares to Marc S. Alpert of 50 Congress Street, Suite 225, Boston, MA  02109, as attorney,
I , Sergey Rabovsky_ hereby remise, release and forever discharge YURY SHOLNIKOV from all debts, demands, actions, causes of action, suits, sums of money, attorneys' fees, punitive damages, bodily injury damages, property damages, wrongful death damages, covenants, contracts, agreements, promises, omissions, damages, executions, and liabilities and any and all other claims of every kind, nature and description whatsoever from the beginning of the world to this date which ever were raised or could ever have been raised in any civil action or administrative proceeding arising out of and/or related to death, personal injuries and/or any other damages allegedly sustained by any person as the result of an automobile accident that occurred on or about March 8, 2000 in Nevada, U.S.A.

The terms of this release shall not bar or preclude any lawsuit or cause of action against YURY SHKOLNIKOV that did not arise out of the March 8, 2000 accident.

This is a release of YURY SHKOLNIKOV only.  No other individual or party is being released. YURY SHKOLNIKOV is currently a defendant in three cases in Los Angeles Superior Court numbered BC240486, BC246213 and BC246237.  These cases will continue as to the other defendants.  The other defendants (Shan Trac, Inc., Thrifty Automotive Group, Inc. and others named) in the aforesaid cases are not being released and not being discharged.

The payment made pursuant to the Release of Claims is for the purpose of a compromise and settlement of disputed claims, for which liability has been denied by YURY SHKOLNIKOV, and this payment is not in any way to be construed as an admission of liability.

In further consideration of the above payment, I hereby agree to save harmless and indemnify YURY SHKOLNIKOV from any claim which may hereafter be made or presented and that is presently unknown to YURY SHKOLNIKOV or Metropolitan Property Casualty Insurance Company from anyone claiming to be a relative by blood, marriage or adoption to Sergey Rabovsky.
and also from anyone claiming that I assigned my rights prior to this date against Shkolnikov.

THIS RELEASE SHALL BECOME NULL AND VOID IF THE AFORESAID THREE HUNDRED THOUSAND DOLLARS ($300,000.00) PLUS ACCUMULATED INTEREST IS NOT RECEIVED IN THE ELEVEN EQUAL SHARES BY 5:00 P.M. EST ON DECEMBER 24, 2002.

I have carefully read this document, understand its content and sign it as my own free act.
EXECUTED AS A SEALED INSTRUMENT THIS __29__ DAY OF
_November_, 2002.

S. Rabovsky
_____
Sergey Rabovsky

CARMEN S. RAMJEET
ary Public in the State of New York
residing in Saratoga Coun__
No. 01RA6013269
My Commission Expires Sept. 14, __

## RELEASE OF CLAIMS ARISING FROM MARCH 8, 2000 ACCIDENT

In consideration of three hundred thousand dollars ($300,000.00) plus
_____ in accumulated interest to be paid in eleven equal shares as follows:
Three shares to E. Stewart Jones, Jr. of 28 Second Street, Troy New York  12180, as attorney;
Two shares to  Stephen J. Fendler of 584 Wyoming Avenue, Kingston, PA  18704-3702, as attorney;
Two Shares to Arnold Schwartz of 10980 Wilshire Boulevard, Suite 1200, Los Angeles, CA 90024-3927, as attorney;
Four shares to Marc S. Alpert of 50 Congress Street, Suite 225, Boston, MA  02109, as attorney,
I , Sergey Rabovsky as father and next friend of Igor Rabovsky hereby remise, release and forever discharge YURY SHOLNIKOV from all debts, demands, actions, causes of action, suits, sums of money, attorneys' fees, punitive damages, bodily injury damages, property damages, wrongful death damages, covenants, contracts, agreements, promises, omissions, damages, executions, and liabilities and any and all other claims of every kind, nature and description whatsoever from the beginning of the world to this date which ever were raised or could ever have been raised in any civil action or administrative proceeding arising out of and/or related to death, personal injuries and/or any other damages allegedly sustained by any person as the result of an automobile accident that occurred on or about March 8, 2000 in Nevada, U.S.A.

The terms of this release shall not bar or preclude any lawsuit or cause of action against YURY SHKOLNIKOV that did not arise out of the March 8, 2000 accident.

This is a release of YURY SHKOLNIKOV only.  No other individual or party is being released. YURY SHKOLNIKOV is currently a defendant in three cases in Los Angeles Superior Court numbered BC240486, BC246213 and BC246237.  These cases will continue as to the other defendants.  The other defendants (Shan Trac, Inc., Thrifty Automotive Group, Inc. and others named) in the aforesaid cases are not being released and not being discharged.

The payment made pursuant to the Release of Claims is for the purpose of a compromise and settlement of disputed claims, for which liability has been denied by YURY SHKOLNIKOV, and this payment is not in any way to be construed as an admission of liability.

In further consideration of the above payment, I hereby agree to save harmless and indemnify YURY SHKOLNIKOV from any claim which may hereafter be made or presented and that is presently unknown to YURY SHKOLNIKOV or Metropolitan Property Casualty Insurance Company from anyone claiming to be a relative by blood, marriage or adoption to Igor Rabovsky, and also from anyone claiming that I assigned my rights prior to this date against Shkolnikov.

THIS RELEASE SHALL BECOME NULL AND VOID IF THE AFORESAID THREE HUNDRED THOUSAND DOLLARS ($300,000.00) PLUS ACCUMULATED INTEREST IS NOT RECEIVED IN THE ELEVEN EQUAL SHARES BY 5:00 P.M. EST ON DECEMBER 24, 2002.

I have carefully read this document, understand its content; and sign it as my own free act.
EXECUTED AS A SEALED INSTRUMENT THIS _____29_____ DAY OF
_____November_____, 2002.

_____S. Rabovsky_____
Sergey Rabovsky as father and next friend

of

Igor Rabovsky

CARMEN S. RAMJEET
Notary Public in the State of New York
Qualified in Cuyahoga County
No. 01RA6013269
My Commission Expires Sept. 14,

## RELEASE OF CLAIMS ARISING FROM MARCH 8, 2000 ACCIDENT

In consideration of three hundred thousand dollars ($300,000.00) plus
_____ in accumulated interest to be paid in eleven equal shares as follows:

Three shares to E. Stewart Jones, Jr. of 28 Second Street, Troy New York  12180, as attorney;

Two shares to  Stephen J. Fendler of 584 Wyoming Avenue, Kingston, PA  18704-3702, as attorney;

Two Shares to Arnold Schwartz of 10980 Wilshire Boulevard, Suite 1200, Los Angeles, CA 90024-3927, as attorney;

Four shares to Marc S. Alpert of 50 Congress Street, Suite 225, Boston, MA  02109, as attorney, I , Boris Rabovsky_ hereby remise, release and forever discharge YURY SHOLNIKOV from all debts, demands, actions, causes of action, suits, sums of money, attorneys' fees, punitive damages, bodily injury damages, property damages, wrongful death damages, covenants, contracts, agreements, promises, omissions, damages, executions, and liabilities and any and all other claims of every kind, nature and description whatsoever from the beginning of the world to this date which ever were raised or could ever have been raised in any civil action or administrative proceeding arising out of and/or related to death, personal injuries and/or any other damages allegedly sustained by any person as the result of an automobile accident that occurred on or about March 8, 2000 in Nevada, U.S.A.

The terms of this release shall not bar or preclude any lawsuit or cause of action against YURY SHKOLNIKOV that did not arise out of the March 8, 2000 accident.

This is a release of YURY SHKOLNIKOV only.  No other individual or party is being released. YURY SHKOLNIKOV is currently a defendant in three cases in Los Angeles Superior Court numbered BC240486, BC246213 and BC246237.  These cases will continue as to the other defendants.  The other defendants (Shun Trac, Inc., Thrifty Automotive Group, Inc. and others named) in the aforesaid cases are not being released and not being discharged.

The payment made pursuant to the Release of Claims is for the purpose of a compromise and settlement of disputed claims, for which liability has been denied by YURY SHKOLNIKOV, and this payment is not in any way to be construed as an admission of liability.

In further consideration of the above payment, I hereby agree to save harmless and indemnify YURY SHKOLNIKOV from any claim which may hereafter be made or presented and that is presently unknown to YURY SHKOLNIKOV or Metropolitan Property Casualty Insurance Company from anyone claiming to be a relative by blood, marriage or adoption to Boris Rabovsky.
and also from anyone claiming that I assigned my rights prior to this date against Shkolnikov.

THIS RELEASE SHALL BECOME NULL AND VOID IF THE AFORESAID THREE HUNDRED THOUSAND DOLLARS ($300,000.00) PLUS ACCUMULATED INTEREST IS NOT RECEIVED IN THE ELEVEN EQUAL SHARES BY 5:00 P.M. EST ON DECEMBER 24, 2002.

I have carefully read this document, understand its content, and sign it as my own free act.
EXECUTED AS A SEALED INSTRUMENT THIS __29__ DAY OF
__November__, 2002.

_____
Boris Rabovsky

CARMEN S. RAMJEET
Notary Public in the State of New York
Residing in Saratoga County
No. 01RA6013269
My Commission Expires Sept. 14, 20__

## RELEASE OF CLAIMS ARISING FROM MARCH 8, 2000 ACCIDENT

In consideration of three hundred thousand dollars ($300,000.00) plus
_____ in accumulated interest to be paid in eleven equal shares as follows:
Three shares to E. Stewart Jones, Jr. of 28 Second Street, Troy New York  12180, as attorney;
Two shares to  Stephen J. Fendler of 584 Wyoming Avenue, Kingston, PA  18704-3702, as attorney;
Two Shares to Arnold Schwartz of 10980 Wilshire Boulevard, Suite 1200, Los Angeles, CA 90024-3927, as attorney;
Four shares to Marc S. Alpert of 50 Congress Street, Suite 225, Boston, MA  02109, as attorney,
We Alek Pevtsov and Mikhail Pevtsov as successors in interest to the decedent Zyama Pevtsov hereby remise, release and forever discharge YURY SHKOLNIKOV from all debts, demands, actions, causes of action, suits, sums of money, attorneys' fees, punitive damages, bodily injury damages, property damages, wrongful death damages, covenants, contracts, agreements, promises, omissions, damages, executions, and liabilities and any and all other claims of every kind, nature and description whatsoever from the beginning of the world to this date which ever were raised or could ever have been raised in any civil action or administrative proceeding arising out of and/or related to death, personal injuries and/or any other damages allegedly sustained by any person as the result of an automobile accident that occurred on or about March 8, 2000 in Nevada, U.S.A.

The terms of this release shall not bar or preclude any lawsuit or cause of action against YURY SHKOLNIKOV that did not arise out of the March 8, 2000 accident.

This is a release of YURY SHKOLNIKOV only.  No other individual or party is being released. YURY SHKOLNIKOV is currently a defendant in three cases in Los Angeles Superior Court numbered BC240486, BC246213 and BC246237.  These cases will continue as to the other defendants.  The other defendants (Shan Trac, Inc., Thrifty Automotive Group, Inc. and others named) in the aforesaid cases are not being released and not being discharged.

The payment made pursuant to the Release of Claims is for the purpose of a compromise and settlement of disputed claims, for which liability has been denied by YURY SHKOLNIKOV, and this payment is not in any way to be construed as an admission of liability.

In further consideration of the above payment, I hereby agree to save harmless and indemnify YURY SHKOLNIKOV from any claim which may hereafter be made or presented and that is presently unknown to YURY SHKOLNIKOV or Metropolitan Property Casualty Insurance Company from anyone claiming to be a relative by blood, marriage or adoption to Zyama Pevtsov and also from anyone claiming that I assigned our rights prior to this date against Shkolnikov.

THIS RELEASE SHALL BECOME NULL AND VOID IF THE AFORESAID THREE HUNDRED THOUSAND DOLLARS ($300,000.00) PLUS ACCUMULATED INTEREST IS NOT RECEIVED IN THE ELEVEN EQUAL SHARES BY 5:00 P.M. EST ON DECEMBER 24, 2002.

I have carefully read this document, understand its content and sign it as my own free act.
EXECUTED AS A SEALED INSTRUMENT THIS ____2____ DAY OF
_December_, 2002.

_____
Alek Pevtsov and Mikhail Pevtsov as
successors in interest to the decedent Zyama
Pevtsov

_____
Rozalina Oder
Notary Public State of New York
Qualified in Richmond County
No. 01OO6009678
Commission Expires July 6 2006

## RELEASE OF CLAIMS ARISING FROM MARCH 8, 2000 ACCIDENT

In consideration of three hundred thousand dollars ($300,000.00) plus _____ in accumulated interest to be paid in eleven equal shares as follows:

Three shares to E. Stewart Jones, Jr. of 28 Second Street, Troy New York  12180, as attorney;
Two shares to Stephen J. Fendler of 584 Wyoming Avenue, Kingston, PA  18704-3702, as attorney;
Two Shares to Arnold Schwartz of 10980 Wilshire Boulevard, Suite 1200, Los Angeles, CA 90024-3927, as attorney;
Four shares to Marc S. Alpert of 50 Congress Street, Suite 225, Boston, MA  02109, as attorney, We Alek Pevtsov and Mikhail Pevtsov as successors in interest to the decedent Tsilya  Pevtsov hereby remise, release and forever discharge YURY SHKOLNIKOV from all debts, demands, actions, causes of action, suits, sums of money, attorneys' fees, punitive damages, bodily injury damages, property damages, wrongful death damages, covenants, contracts, agreements, promises, omissions, damages, executions, and liabilities and any and all other claims of every kind, nature and description whatsoever from the beginning of the world to this date which ever were raised or could ever have been raised in any civil action or administrative proceeding arising out of and/or related to death, personal injuries and/or any other damages allegedly sustained by any person as the result of an automobile accident that occurred on or about March 8, 2000 in Nevada, U.S.A.

The terms of this release shall not bar or preclude any lawsuit or cause of action against YURY SHKOLNIKOV that did not arise out of the March 8, 2000 accident.

This is a release of YURY SHKOLNIKOV only.  No other individual or party is being released. YURY SHKOLNIKOV is currently a defendant in three cases in Los Angeles Superior Court numbered BC240486, BC246213 and BC246237.  These cases will continue as to the other defendants.  The other defendants (Shan Trac, Inc., Thrifty Automotive Group, Inc. and others named) in the aforesaid cases are not being released and not being discharged.

The payment made pursuant to the Release of Claims is for the purpose of a compromise and settlement of disputed claims, for which liability has been denied by YURY SHKOLNIKOV, and this payment is not in any way to be construed as an admission of liability.

In further consideration of the above payment, I hereby agree to save harmless and indemnify YURY SHKOLNIKOV from any claim which may hereafter be made or presented and that is presently unknown to YURY SHKOLNIKOV or Metropolitan Property Casualty Insurance Company from anyone claiming to be a relative by blood, marriage or adoption to Tsilya  Pevtsov and also from anyone claiming that I assigned our rights prior to this date against Shkolnikov.

THIS RELEASE SHALL BECOME NULL AND VOID IF THE AFORESAID THREE HUNDRED THOUSAND DOLLARS ($300,000.00) PLUS ACCUMULATED INTEREST IS NOT RECEIVED IN THE ELEVEN EQUAL SHARES BY 5:00 P.M. EST ON DECEMBER 24, 2002.

I have carefully read this document, understand its content; and sign it as my own free act. EXECUTED AS A SEALED INSTRUMENT THIS ____ 2  DAY OF _De cember_, 2002.

_____
Alek Pevtsov and Mikhail Pevtsov as
successors in interest to the decedent Tsilya
Pevtsov

Rozalina Oder
Notary Public State of New York
Qualified in Richmond County
No. 01OO6009678
Commission Expires July 6 2006

## RELEASE OF CLAIMS ARISING FROM MARCH 8, 2000 ACCIDENT

In consideration of three hundred thousand dollars ($300,000.00) plus
_____ in accumulated interest to be paid in eleven equal shares as follows:

Three shares to E. Stewart Jones, Jr. of 28 Second Street, Troy New York  12180, as attorney;

Two shares to Stephen J. Fendler of 584 Wyoming Avenue, Kingston, PA  18704-3702, as attorney;

Two Shares to Arnold Schwartz of 10980 Wilshire Boulevard, Suite 1200, Los Angeles, CA 90024-3927, as attorney;

Four shares to Marc S. Alpert of 50 Congress Street, Suite 225, Boston, MA  02109, as attorney, I Mikhail Pevtsov hereby remise, release and forever discharge YURY SHKOLNIKOV from all debts, demands, actions, causes of action, suits, sums of money, attorneys' fees, punitive damages, bodily injury damages, property damages, wrongful death damages, covenants, contracts, agreements, promises, omissions, damages, executions, and liabilities and any and all other claims of every kind, nature and description whatsoever from the beginning of the world to this date which ever were raised or could ever have been raised in any civil action or administrative proceeding arising out of and/or related to death, personal injuries and/or any other damages allegedly sustained by any person as the result of an automobile accident that occurred on or about March 8, 2000 in Nevada, U.S.A.

The terms of this release shall not bar or preclude any lawsuit or cause of action against YURY SHKOLNIKOV that did not arise out of the March 8, 2000 accident.

This is a release of YURY SHKOLNIKOV only. No other individual or party is being released. YURY SHKOLNIKOV is currently a defendant in three cases in Los Angeles Superior Court numbered BC240486, BC246213 and BC246237. These cases will continue as to the other defendants. The other defendants (Shan Trac, Inc., Thrifty Automotive Group, Inc. and others named) in the aforesaid cases are not being released and not being discharged.

The payment made pursuant to the Release of Claims is for the purpose of a compromise and settlement of disputed claims, for which liability has been denied by YURY SHKOLNIKOV, and this payment is not in any way to be construed as an admission of liability.

In further consideration of the above payment, I hereby agree to save harmless and indemnify YURY SHKOLNIKOV from any claim which may hereafter be made or presented and that is presently unknown to YURY SHKOLNIKOV or Metropolitan Property Casualty Insurance Company from anyone claiming to be a relative by blood, marriage or adoption to Mikhail Pevtsov and also from anyone claiming that I assigned our rights prior to this date against Shkolnikov.

THIS RELEASE SHALL BECOME NULL AND VOID IF THE AFORESAID THREE HUNDRED THOUSAND DOLLARS ($300,000.00) PLUS ACCUMULATED INTEREST IS NOT RECEIVED IN THE ELEVEN EQUAL SHARES BY 5:00 P.M. EST ON DECEMBER 24, 2002.

I have carefully read this document, understand its content; and sign it as my own free act.
EXECUTED AS A SEALED INSTRUMENT THIS ____ DAY OF _December_

_____, 2002.
Rozalina Oder
Notary Public State of New York
Qualified in Richmond County
No. 01OO6009678
Commission Expires July 6 2006

Mikhail Pevtsov

## RELEASE OF CLAIMS ARISING FROM MARCH 8, 2000 ACCIDENT

In consideration of three hundred thousand dollars ($300,000.00) plus _____ in accumulated interest to be paid in eleven equal shares as follows:

Three shares to E. Stewart Jones, Jr. of 28 Second Street, Troy New York 12180, as attorney;

Two shares to Stephen J. Fendler of 584 Wyoming Avenue, Kingston, PA 18704-3702, as attorney;

Two Shares to Arnold Schwartz of 10980 Wilshire Boulevard, Suite 1200, Los Angeles, CA 90024-3927, as attorney;

Four shares to Marc S. Alpert of 50 Congress Street, Suite 225, Boston, MA 02109, as attorney, We Alek Pevtsov and Mikhail Pevtsov as successors in interest to the decedent Zyama Pevtsov hereby remise, release and forever discharge YURY SHKOLNIKOV from all debts, demands, actions, causes of action, suits, sums of money, attorneys' fees, punitive damages, bodily injury damages, property damages, wrongful death damages, covenants, contracts, agreements, promises, omissions, damages, executions, and liabilities and any and all other claims of every kind, nature and description whatsoever from the beginning of the world to this date which ever were raised or could ever have been raised in any civil action or administrative proceeding arising out of and/or related to death, personal injuries and/or any other damages allegedly sustained by any person as the result of an automobile accident that occurred on or about March 8, 2000 in Nevada, U.S.A.

The terms of this release shall not bar or preclude any lawsuit or cause of action against YURY SHKOLNIKOV that did not arise out of the March 8, 2000 accident.

This is a release of YURY SHKOLNIKOV only. No other individual or party is being released. YURY SHKOLNIKOV is currently a defendant in three cases in Los Angeles Superior Court numbered BC240486, BC246213 and BC246237. These cases will continue as to the other defendants. The other defendants (Shan Trac, Inc., Thrifty Automotive Group, Inc. and others named) in the aforesaid cases are not being released and not being discharged.

The payment made pursuant to the Release of Claims is for the purpose of a compromise and settlement of disputed claims, for which liability has been denied by YURY SHKOLNIKOV, and this payment is not in any way to be construed as an admission of liability.

In further consideration of the above payment, I hereby agree to save harmless and indemnify YURY SHKOLNIKOV from any claim which may hereafter be made or presented and that is presently unknown to YURY SHKOLNIKOV or Metropolitan Property Casualty Insurance Company from anyone claiming to be a relative by blood, marriage or adoption to Zyama Pevtsov and also from anyone claiming that I assigned our rights prior to this date against Shkolnikov.

THIS RELEASE SHALL BECOME NULL AND VOID IF THE AFORESAID THREE HUNDRED THOUSAND DOLLARS ($300,000.00) PLUS ACCUMULATED INTEREST IS NOT RECEIVED IN THE ELEVEN EQUAL SHARES BY 5:00 P.M. EST ON DECEMBER 24, 2002.

I have carefully read this document, understand its content; and sign it as my own free act. EXECUTED AS A SEALED INSTRUMENT THIS ____ DAY OF _____ DECEMBER____, 2002.

_____
Alek Pevtsov and Mikhail Pevtsov as
successors in interest to the decedent Zyama
Pevtsov

LARRY BRUNER
Commission # 1309764
Notary Public - California
Los Angeles County
My Comm. Expires Jun 21, 2005

## RELEASE OF CLAIMS ARISING FROM MARCH 8, 2000 ACCIDENT

In consideration of three hundred thousand dollars ($300,000.00) plus _____ in accumulated interest to be paid in eleven equal shares as follows:

Three shares to E. Stewart Jones, Jr. of 28 Second Street, Troy New York 12180, as attorney;

Two shares to Stephen J. Fendler of 584 Wyoming Avenue, Kingston, PA 18704-3702, as attorney;

Two Shares to Arnold Schwartz of 10980 Wilshire Boulevard, Suite 1200, Los Angeles, CA 90024-3927, as attorney;

Four shares to Marc S. Alpert of 50 Congress Street, Suite 225, Boston, MA 02109, as attorney,

I Alek Pevtsov hereby remise, release and forever discharge YURY SHKOLNIKOV from all debts, demands, actions, causes of action, suits, sums of money, attorneys' fees, punitive damages, bodily injury damages, property damages, wrongful death damages, covenants, contracts, agreements, promises, omissions, damages, executions, and liabilities and any and all other claims of every kind, nature and description whatsoever from the beginning of the world to this date which ever were raised or could ever have been raised in any civil action or administrative proceeding arising out of and/or related to death, personal injuries and/or any other damages allegedly sustained by any person as the result of an automobile accident that occurred on or about March 8, 2000 in Nevada, U.S.A.

The terms of this release shall not bar or preclude any lawsuit or cause of action against YURY SHKOLNIKOV that did not arise out of the March 8, 2000 accident.

This is a release of YURY SHKOLNIKOV only. No other individual or party is being released. YURY SHKOLNIKOV is currently a defendant in three cases in Los Angeles Superior Court numbered BC240486, BC246213 and BC246237. These cases will continue as to the other defendants. The other defendants (Shan Trac, Inc., Thrifty Automotive Group, Inc. and others named) in the aforesaid cases are not being released and not being discharged.

The payment made pursuant to the Release of Claims is for the purpose of a compromise and settlement of disputed claims, for which liability has been denied by YURY SHKOLNIKOV, and this payment is not in any way to be construed as an admission of liability.

In further consideration of the above payment, I hereby agree to save harmless and indemnify YURY SHKOLNIKOV from any claim which may hereafter be made or presented and that is presently unknown to YURY SHKOLNIKOV or Metropolitan Property Casualty Insurance Company from anyone claiming to be a relative by blood, marriage or adoption to Alek Pevtsov and also from anyone claiming that I assigned our rights prior to this date against Shkolnikov.

THIS RELEASE SHALL BECOME NULL AND VOID IF THE AFORESAID THREE HUNDRED THOUSAND DOLLARS ($300,000.00) PLUS ACCUMULATED INTEREST IS NOT RECEIVED IN THE ELEVEN EQUAL SHARES BY 5:00 P.M. EST ON DECEMBER 24, 2002.

I have carefully read this document, understand its content; and sign it as my own free act.
EXECUTED AS A SEALED INSTRUMENT THIS ___Q___ DAY OF
___DECEMBER___, 2002.

_____
Alek Pevtsov

LARRY BRUNER
Commission # 1309764
Notary Public - California
Los Angeles County
My Comm. Expires Jun 21, 2005

## RELEASE OF CLAIMS ARISING FROM MARCH 8, 2000 ACCIDENT

In consideration of three hundred thousand dollars ($300,000.00) plus _____ in accumulated interest to be paid in eleven equal shares as follows:

Three shares to E. Stewart Jones, Jr. of 28 Second Street, Troy New York  12180, as attorney;

Two shares to Stephen J. Fendler of 584 Wyoming Avenue, Kingston, PA  18704-3702, as attorney;

Two Shares to Arnold Schwartz of 10980 Wilshire Boulevard, Suite 1200, Los Angeles, CA 90024-3927, as attorney;

Four shares to Marc S. Alpert of 50 Congress Street, Suite 225, Boston, MA  02109, as attorney.

We Alek Pevtsov and Mikhail Pevtsov as successors in interest to the decedent Tsilya Pevtsov hereby remise, release and forever discharge YURY SHKOLNIKOV from all debts, demands, actions, causes of action, suits, sums of money, attorneys' fees, punitive damages, bodily injury damages, property damages, wrongful death damages, covenants, contracts, agreements, promises, omissions, damages, executions, and liabilities and any and all other claims of every kind, nature and description whatsoever from the beginning of the world to this date which ever were raised or could ever have been raised in any civil action or administrative proceeding arising out of and/or related to death, personal injuries and/or any other damages allegedly sustained by any person as the result of an automobile accident that occurred on or about March 8, 2000 in Nevada, U.S.A.

The terms of this release shall not bar or preclude any lawsuit or cause of action against YURY SHKOLNIKOV that did not arise out of the March 8, 2000 accident.

This is a release of YURY SHKOLNIKOV only.  No other individual or party is being released. YURY SHKOLNIKOV is currently a defendant in three cases in Los Angeles Superior Court numbered BC240486, BC246213 and BC246237.  These cases will continue as to the other defendants.  The other defendants (Shan Trac, Inc., Thrifty Automotive Group, Inc. and others named) in the aforesaid cases are not being released and not being discharged.

The payment made pursuant to the Release of Claims is for the purpose of a compromise and settlement of disputed claims, for which liability has been denied by YURY SHKOLNIKOV, and this payment is not in any way to be construed as an admission of liability.

In further consideration of the above payment, I hereby agree to save harmless and indemnify YURY SHKOLNIKOV from any claim which may hereafter be made or presented and that is presently unknown to YURY SHKOLNIKOV or Metropolitan Property Casualty Insurance Company from anyone claiming to be a relative by blood, marriage or adoption to Tsilya Pevtsov and also from anyone claiming that I assigned our rights prior to this date against Shkolnikov.

THIS RELEASE SHALL BECOME NULL AND VOID IF THE AFORESAID THREE HUNDRED THOUSAND DOLLARS ($300,000.00) PLUS ACCUMULATED INTEREST IS NOT RECEIVED IN THE ELEVEN EQUAL SHARES BY 5:00 P.M. EST ON DECEMBER 24, 2002.

I have carefully read this document, understand its content, and sign it as my own free act. EXECUTED AS A SEALED INSTRUMENT THIS ____ DAY OF DECEMBER____, 2002.

_____
Alek Pevtsov and Mikhail Pevtsov as successors in interest to the decedent Tsilya Pevtsov

LARRY BRUNER
Commission # 1309764
Notary Public - California
Los Angeles County
My Comm. Expires Jun 21, 2005

Larry Bruner
12/2/2

Page 5 of 6

From: Marc S. Alpert TO Marc S. Alpert    Date: 9/21/2004  Time: 1:36:18 PM
Case 1:04-cv-11074-DPW    Document 10-5    Filed 09/21/2004    Page 23 of 29

DEC 04 '02  10:54AM BVI TV ACCTG                                    P.4/4

## RELEASE OF CLAIMS ARISING FROM MARCH 8, 2000 ACCIDENT

In consideration of three hundred thousand dollars ($300,000.00) plus
_____ in accumulated interest to be paid in eleven equal shares as follows:
Three shares to E. Stewart Jones, Jr. of 28 Second Street, Troy New York  12180, as attorney;
Two shares to  Stephen J. Fendler of 584 Wyoming Avenue, Kingston, PA  18704-3702, as
attorney;
Two Shares to Arnold Schwartz of 10980 Wilshire Boulevard, Suite 1200, Los Angeles, CA
90024-3927, as attorney;
Four shares to Marc S. Alpert of 50 Congress Street, Suite 225, Boston, MA  02109, as attorney,
We Alek Pevtsov and Mikhail Pevtsov as successors in interest to the decedent Zyama Pevtsov
hereby remise, release and forever discharge YURY SHKOLNIKOV from all debts, demands,
actions, causes of action, suits, sums of money, attorneys' fees, punitive damages, bodily injury
damages, property damages, wrongful death damages, covenants, contracts, agreements,
promises, omissions, damages, executions, and liabilities and any and all other claims of every
kind, nature and description whatsoever from the beginning of the world to this date which ever
were raised or could ever have been raised in any civil action or administrative proceeding arising
out of and/or related to death, personal injuries and/or any other damages allegedly sustained by
any person as the result of an automobile accident that occurred on or about March 8, 2000 in
Nevada, U.S.A.

The terms of this release shall not bar or preclude any lawsuit or cause of action against YURY
SHKOLNIKOV that did not arise out of the March 8, 2000 accident.

This is a release of YURY SHKOLNIKOV only.  No other individual or party is being released.
YURY SHKOLNIKOV is currently a defendant in three cases in Los Angeles Superior Court
numbered BC240486, BC246213 and BC246237. These cases will continue as to the other
defendants.  The other defendants (Shan Trac, Inc., Thrifty Automotive Group, Inc. and others
named) in the aforesaid cases are not being released and not being discharged.

The payment made pursuant to the Release of Claims is for the purpose of a compromise and
settlement of disputed claims, for which liability has been denied by YURY SHKOLNIKOV, and
this payment is not in any way to be construed as an admission of liability.

In further consideration of the above payment, I hereby agree to save harmless and indemnify
YURY SHKOLNIKOV from any claim which may hereafter be made or presented and that is
presently unknown to YURY SHKOLNIKOV or Metropolitan Property Casualty Insurance
Company from anyone claiming to be a relative by blood, marriage or adoption to Zyama Pevtsov
and also from anyone claiming that I assigned our rights prior to this date against Shkolnikov.

THIS RELEASE SHALL BECOME NULL AND VOID IF THE AFORESAID THREE
HUNDRED THOUSAND DOLLARS ($300,000.00) PLUS ACCUMULATED INTEREST IS
NOT RECEIVED IN THE ELEVEN EQUAL SHARES BY 5:00 P.M. EST ON DECEMBER
24, 2002.

I have carefully read this document, understand its content; and sign it as my own free act.
EXECUTED AS A SEALED INSTRUMENT THIS ___ DAY OF
___DECEMBER___, 2002.

Alek Pevtsov and Mikhail Pevtsov as
successors in interest to the decedent Zyama
Pevtsov

LARRY BRUNER
Commission # 1308764
Notary Public - California
Los Angeles County
My Comm. Expires Jun 21, 2005

DEC 04 '02  10:53AM BVI TV ACCTG                                          P.3/4

## RELEASE OF CLAIMS ARISING FROM MARCH 8, 2000 ACCIDENT

In consideration of three hundred thousand dollars ($300,000.00) plus
_____ in accumulated interest to be paid in eleven equal shares as follows:
Three shares to E. Stewart Jones, Jr. of 28 Second Street, Troy New York 12180, as attorney;
Two shares to Stephen J. Fendler of 584 Wyoming Avenue, Kingston, PA 18704-3702, as
attorney;
Two Shares to Arnold Schwartz of 10980 Wilshire Boulevard, Suite 1200, Los Angeles, CA
90024-3927, as attorney;
Four shares to Marc S. Alpert of 50 Congress Street, Suite 225, Boston, MA 02109, as attorney,
We Alek Pevtsov and Mikhail Pevtsov as successors in interest to the decedent Tsilya Pevtsov
hereby remise, release and forever discharge YURY SHKOLNIKOV from all debts, demands,
actions, causes of action, suits, sums of money, attorneys' fees, punitive damages, bodily injury
damages, property damages, wrongful death damages, covenants, contracts, agreements,
promises, omissions, damages, executions, and liabilities and any and all other claims of every
kind, nature and description whatsoever from the beginning of the world to this date which ever
were raised or could ever have been raised in any civil action or administrative proceeding arising
out of and/or related to death, personal injuries and/or any other damages allegedly sustained by
any person as the result of an automobile accident that occurred on or about March 8, 2000 in
Nevada, U.S.A.

The terms of this release shall not bar or preclude any lawsuit or cause of action against YURY
SHKOLNIKOV that did not arise out of the March 8, 2000 accident.

This is a release of YURY SHKOLNIKOV only. No other individual or party is being released.
YURY SHKOLNIKOV is currently a defendant in three cases in Los Angeles Superior Court
numbered BC240486, BC246213 and BC246237. These cases will continue as to the other
defendants. The other defendants (Shan Trac, Inc., Thrifty Automotive Group, Inc. and others
named) in the aforesaid cases are not being released and not being discharged.

The payment made pursuant to the Release of Claims is for the purpose of a compromise and
settlement of disputed claims, for which liability has been denied by YURY SHKOLNIKOV, and
this payment is not in any way to be construed as an admission of liability.

In further consideration of the above payment, I hereby agree to save harmless and indemnify
YURY SHKOLNIKOV from any claim which may hereafter be made or presented and that is
presently unknown to YURY SHKOLNIKOV or Metropolitan Property Casualty Insurance
Company from anyone claiming to be a relative by blood, marriage or adoption to Tsilya Pevtsov
and also from anyone claiming that I assigned our rights prior to this date against Shkolnikov.

THIS RELEASE SHALL BECOME NULL AND VOID IF THE AFORESAID THREE
HUNDRED THOUSAND DOLLARS ($300,000.00) PLUS ACCUMULATED INTEREST IS
NOT RECEIVED IN THE ELEVEN EQUAL SHARES BY 5:00 P.M. EST ON DECEMBER
24, 2002.

I have carefully read this document, understand its content and sign it as my own free act.
EXECUTED AS A SEALED INSTRUMENT THIS ___2___ DAY OF
_DECEMBER_____, 2002.

_____
Alek Pevtsov and Mikhail Pevtsov as
successors in interest to the decedent Tsilya
Pevtsov

LARRY BRUNER
Commission # 1309764
Notary Public - California
Los Angeles County
My Comm. Expires Jun 21, 2006

Page 25 of 29

From: Marc Alpert 104 Mar 5 1:00:07    Case 1:04-cv-11074-DPW    Document 10-5    Date: 9/21/2004  Time: 12:35:02 PM    Filed 09/21/2004    Page 25 of 29

DEC 04 '02  10:53AM BVI TV ACCTG                                      .P.2/4

## RELEASE OF CLAIMS ARISING FROM MARCH 8, 2000 ACCIDENT

In consideration of three hundred thousand dollars ($300,000.00) plus
_____ in accumulated interest to be paid in eleven equal shares as follows:
Three shares to E. Stewart Jones, Jr. of 28 Second Street, Troy New York  12180, as attorney;
Two shares to  Stephen J. Fendler of 584 Wyoming Avenue, Kingston, PA  18704-3702, as attorney;
Two Shares to Arnold Schwartz of 10980 Wilshire Boulevard, Suite 1200, Los Angeles, CA 90024-3927, as attorney;
Four shares to Marc S. Alpert of 50 Congress Street, Suite 225, Boston, MA  02109, as attorney,
I Alek Pevtsov hereby remise, release and forever discharge YURY SHKOLNIKOV from all debts, demands, actions, causes of action, suits, sums of money, attorneys' fees, punitive damages, bodily injury damages, property damages, wrongful death damages, covenants, contracts, agreements, promises, omissions, damages, executions, and liabilities and any and all other claims of every kind, nature and description whatsoever from the beginning of the world to this date which ever were raised or could ever have been raised in any civil action or administrative proceeding arising out of and/or related to death, personal injuries and/or any other damages allegedly sustained by any person as the result of an automobile accident that occurred on or about March 8, 2000 in Nevada, U.S.A.

The terms of this release shall not bar or preclude any lawsuit or cause of action against YURY SHKOLNIKOV that did not arise out of the March 8, 2000 accident.

This is a release of YURY SHKOLNIKOV only.  No other individual or party is being released. YURY SHKOLNIKOV is currently a defendant in three cases in Los Angeles Superior Court numbered BC240486, BC246213 and BC246237.  These cases will continue as to the other defendants.  The other defendants (Shan Trac, Inc., Thrifty Automotive Group, Inc. and others named) in the aforesaid cases are not being released and not being discharged.

The payment made pursuant to the Release of Claims is for the purpose of a compromise and settlement of disputed claims, for which liability has been denied by YURY SHKOLNIKOV, and this payment is not in any way to be construed as an admission of liability.

In further consideration of the above payment, I hereby agree to save harmless and indemnify YURY SHKOLNIKOV from any claim which may hereafter be made or presented and that is presently unknown to YURY SHKOLNIKOV or Metropolitan Property Casualty Insurance Company from anyone claiming to be a relative by blood, marriage or adoption to Alek Pevtsov and also from anyone claiming that I assigned our rights prior to this date against Shkolnikov.

THIS RELEASE SHALL BECOME NULL AND VOID IF THE AFORESAID THREE HUNDRED THOUSAND DOLLARS ($300,000.00) PLUS ACCUMULATED INTEREST IS NOT RECEIVED IN THE ELEVEN EQUAL SHARES BY 5:00 P.M. EST ON DECEMBER 24, 2002.

I have carefully read this document, understand its content; and sign it as my own free act.
EXECUTED AS A SEALED INSTRUMENT THIS ____ DAY OF
__DECEMBER__, 2002.

_(signature)_
Alek Pevtsov

LARRY BRUNER
Commission # 1309764
Notary Public - California
Los Angeles County
My Comm. Expires Jun 21, 2005

_(signature)_
12/4/2

## RELEASE OF CLAIMS ARISING FROM MARCH 8, 2000 ACCIDENT

In consideration of three hundred thousand dollars ($300,000.00) plus
_____ in accumulated interest to be paid in eleven equal shares as follows:
Three shares to E. Stewart Jones, Jr. of 28 Second Street, Troy New York  12180, as attorney;
Two shares to  Stephen J. Fendler of 584 Wyoming Avenue, Kingston, PA  18704-3702, as
attorney;
Two Shares to Arnold Schwartz of 10980 Wilshire Boulevard, Suite 1200, Los Angeles, CA
90024-3927, as attorney;
Four shares to Marc S. Alpert of 50 Congress Street, Suite 225, Boston, MA  02109, as attorney,
I __Luba Levin_and Michael Rabinovich as co-administrators of the Estate of Vitaly Rabinovich
hereby remise, release and forever discharge YURY SHOLNIKOV from all debts, demands,
actions, causes of action, suits, sums of money, attorneys' fees, punitive damages, bodily injury
damages, property damages, wrongful death damages, covenants, contracts, agreements,
promises, omissions, damages, executions, and liabilities and any and all other claims of every
kind, nature and description whatsoever from the beginning of the world to this date which ever
were raised or could ever have been raised in any civil action or administrative proceeding arising
out of and/or related to death, personal injuries and/or any other damages allegedly sustained by
any person as the result of an automobile accident that occurred on or about March 8, 2000 in
Nevada, U.S.A.

The terms of this release shall not bar or preclude any lawsuit or cause of action against YURY
SHKOLNIKOV that did not arise out of the March 8, 2000 accident.

This is a release of YURY SHKOLNIKOV only.  No other individual or party is being released.
YURY SHKOLNIKOV is currently a defendant in three cases in Los Angeles Superior Court
numbered BC240486, BC246213 and BC246237.  These cases will continue as to the other
defendants.  The other defendants (Shan Trac, Inc., Thrifty Automotive Group, Inc. and others
named) in the aforesaid cases are not being released and not being discharged.

The payment made pursuant to the Release of Claims is for the purpose of a compromise and
settlement of disputed claims, for which liability has been denied by YURY SHKOLNIKOV, and
this payment is not in any way to be construed as an admission of liability.

In further consideration of the above payment, I hereby agree to save harmless and indemnify
YURY SHKOLNIKOV from any claim which may hereafter be made or presented and that is
presently unknown to YURY SHKOLNIKOV or Metropolitan Property Casualty Insurance
Company from anyone claiming to be a relative by blood, marriage or adoption to Vitaly
Rabinovich
and also from anyone claiming that I assigned our rights prior to this date against Shkolnikov.

THIS RELEASE SHALL BECOME NULL AND VOID IF THE AFORESAID THREE
HUNDRED THOUSAND DOLLARS ($300,000.00) PLUS ACCUMULATED INTEREST IS
NOT RECEIVED IN THE ELEVEN EQUAL SHARES BY 5:00 P.M. EST ON DECEMBER
24, 2002.

I have carefully read this document, understand its content; and sign it as my own free act.
EXECUTED AS A SEALED INSTRUMENT THIS____/____DAY OF
_____, 2002.

Luba Levin (and Michael Rabinovich as co-
administrators of the Estate of Vitaly
Rabinovich

## RELEASE OF CLAIMS ARISING FROM MARCH 8, 2000 ACCIDENT

In consideration of three hundred thousand dollars ($300,000.00) plus
_____ in accumulated interest to be paid in eleven equal shares as follows:
Three shares to E. Stewart Jones, Jr. of 28 Second Street, Troy New York  12180, as attorney;
Two shares to  Stephen J. Fendler of 584 Wyoming Avenue, Kingston, PA  18704-3702, as
attorney;
Two Shares to Arnold Schwartz of 10980 Wilshire Boulevard, Suite 1200, Los Angeles, CA
90024-3927, as attorney;
Four shares to Marc S. Alpert of 50 Congress Street, Suite 225, Boston, MA  02109, as attorney,
I __Luba Levin_and Michael Rabinovich as co-administrators of the Estate of Mariya Vilner
hereby remise, release and forever discharge YURY SHOLNIKOV from all debts, demands,
actions, causes of action, suits, sums of money, attorneys' fees, punitive damages, bodily injury
damages, property damages, wrongful death damages, covenants, contracts, agreements,
promises, omissions, damages, executions, and liabilities and any and all other claims of every
kind, nature and description whatsoever from the beginning of the world to this date which ever
were raised or could ever have been raised in any civil action or administrative proceeding arising
out of and/or related to death, personal injuries and/or any other damages allegedly sustained by
any person as the result of an automobile accident that occurred on or about March 8, 2000 in
Nevada, U.S.A.

The terms of this release shall not bar or preclude any lawsuit or cause of action against YURY
SHKOLNIKOV that did not arise out of the March 8, 2000 accident.

This is a release of YURY SHKOLNIKOV only.  No other individual or party is being released.
YURY SHKOLNIKOV is currently a defendant in three cases in Los Angeles Superior Court
numbered BC240486, BC246213 and BC246237.  These cases will continue as to the other
defendants.  The other defendants (Shan Trac, Inc., Thrifty Automotive Group, Inc. and others
named) in the aforesaid cases are not being released and not being discharged.

The payment made pursuant to the Release of Claims is for the purpose of a compromise and
settlement of disputed claims, for which liability has been denied by YURY SHKOLNIKOV, and
this payment is not in any way to be construed as an admission of liability.

In further consideration of the above payment, I hereby agree to save harmless and indemnify
YURY SHKOLNIKOV from any claim which may hereafter be made or presented and that is
presently unknown to YURY SHKOLNIKOV or Metropolitan Property Casualty Insurance
Company from anyone claiming to be a relative by blood, marriage or adoption to Mariya Vilner
and also from anyone claiming that I assigned our rights prior to this date against Shkolnikov.

THIS RELEASE SHALL BECOME NULL AND VOID IF THE AFORESAID THREE
HUNDRED THOUSAND DOLLARS ($300,000.00) PLUS ACCUMULATED INTEREST IS
NOT RECEIVED IN THE ELEVEN EQUAL SHARES BY 5:00 P.M. EST ON DECEMBER
24, 2002.

I have carefully read this document, understand its content; and sign it as my own free act,
EXECUTED AS A SEALED INSTRUMENT THIS _____ DAY OF
_____, 2002.

_____
Luba Levin_and Michael Rabinovich as co-
administrators of the Estate of Mariya Vilner

Page 28 of 29

From: Marc S. Alpert To: Marc S. Alpert    Case 1:04-cv-11074-DPW    Document 10-5    Filed 09/21/2004    Page 28 of 29    Date: 9/21/2004  Time: 12:35:02 PM

## <u>RELEASE OF CLAIMS ARISING FROM MARCH 8, 2000 ACCIDENT</u>

In consideration of three hundred thousand dollars ($300,000.00) plus
_____ in accumulated interest to be paid in eleven equal shares as follows:
Three shares to E. Stewart Jones, Jr. of 28 Second Street, Troy New York  12180, as attorney;
Two shares to Stephen J. Fendler of 584 Wyoming Avenue, Kingston, PA  18704-3702, as
attorney;
Two Shares to Arnold Schwartz of 10980 Wilshire Boulevard, Suite 1200, Los Angeles, CA
90024-3927, as attorney;
Four shares to Marc S. Alpert of 50 Congress Street, Suite 225, Boston, MA  02109, as attorney,
I __Luba Levin_____ hereby remise,
release and forever discharge YURY SHOLNIKOV from all debts, demands, actions, causes of
action, suits, sums of money, attorneys' fees, punitive damages, bodily injury damages, property
damages, wrongful death damages, covenants, contracts, agreements, promises, omissions,
damages, executions, and liabilities and any and all other claims of every kind, nature and
description whatsoever from the beginning of the world to this date which ever were raised or
could ever have been raised in any civil action or administrative proceeding arising out of and/or
related to death, personal injuries and/or any other damages allegedly sustained by any person as
the result of an automobile accident that occurred on or about March 8, 2000 in Nevada, U.S.A.

The terms of this release shall not bar or preclude any lawsuit or cause of action against YURY
SHKOLNIKOV that did not arise out of the March 8, 2000 accident.

This is a release of YURY SHKOLNIKOV only.  No other individual or party is being released.
YURY SHKOLNIKOV is currently a defendant in three cases in Los Angeles Superior Court
numbered BC240486, BC246213 and BC246237.  These cases will continue as to the other
defendants.  The other defendants (Shan Trac, Inc., Thrifty Automotive Group, Inc. and others
named) in the aforesaid cases are not being released and not being discharged.

The payment made pursuant to the Release of Claims is for the purpose of a compromise and
settlement of disputed claims, for which liability has been denied by YURY SHKOLNIKOV, and
this payment is not in any way to be construed as an admission of liability.

In further consideration of the above payment, I hereby agree to save harmless and indemnify
YURY SHKOLNIKOV from any claim which may hereafter be made or presented and that is
presently unknown to YURY SHKOLNIKOV or Metropolitan Property Casualty Insurance
Company from anyone claiming to be a relative by blood, marriage or adoption to Luba Levin
and also from anyone claiming that I assigned our rights prior to this date against Shkolnikov.

THIS RELEASE SHALL BECOME NULL AND VOID IF THE AFORESAID THREE
HUNDRED THOUSAND DOLLARS ($300,000.00) PLUS ACCUMULATED INTEREST IS
NOT RECEIVED IN THE ELEVEN EQUAL SHARES BY 5:00 P.M. EST ON DECEMBER
24, 2002.

I have carefully read this document, understand its content; and sign it as my own free act.
EXECUTED AS A SEALED INSTRUMENT THIS _____ DAY OF
_____, 2002.

_____
Luba Levin

Page 29 of 29

From: Marc S. Alpert To: Marc S. Alpert    Case 1:04-cv-11074-DPW    Document 10-5    Date: 9/21/2004 Time: 12:35:02 PM    Filed 09/21/2004    Page 29 of 29

## RELEASE OF CLAIMS ARISING FROM MARCH 8, 2000 ACCIDENT

In consideration of three hundred thousand dollars ($300,000.00) plus _____ in accumulated interest to be paid in eleven equal shares as follows:
Three shares to E. Stewart Jones, Jr. of 28 Second Street, Troy New York  12180, as attorney;
Two shares to  Stephen J. Fendler of 584 Wyoming Avenue, Kingston, PA  18704-3702, as attorney;
Two Shares to Arnold Schwartz of 10980 Wilshire Boulevard, Suite 1200, Los Angeles, CA 90024-3927, as attorney;
Four shares to Marc S. Alpert of 50 Congress Street, Suite 225, Boston, MA  02109, as attorney,
I __Michael Rabinovich_____ hereby remise, release and forever discharge YURY SHOLNIKOV from all debts, demands, actions, causes of action, suits, sums of money, attorneys' fees, punitive damages, bodily injury damages, property damages, wrongful death damages, covenants, contracts, agreements, promises, omissions, damages, executions, and liabilities and any and all other claims of every kind, nature and description whatsoever from the beginning of the world to this date which ever were raised or could ever have been raised in any civil action or administrative proceeding arising out of and/or related to death, personal injuries and/or any other damages allegedly sustained by any person as the result of an automobile accident that occurred on or about March 8, 2000 in Nevada, U.S.A.

The terms of this release shall not bar or preclude any lawsuit or cause of action against YURY SHKOLNIKOV that did not arise out of the March 8, 2000 accident.

This is a release of YURY SHKOLNIKOV only.  No other individual or party is being released. YURY SHKOLNIKOV is currently a defendant in three cases in Los Angeles Superior Court numbered BC240486, BC246213 and BC246237.  These cases will continue as to the other defendants.  The other defendants (Shan Trac, Inc., Thrifty Automotive Group, Inc. and others named) in the aforesaid cases are not being released and not being discharged.

The payment made pursuant to the Release of Claims is for the purpose of a compromise and settlement of disputed claims, for which liability has been denied by YURY SHKOLNIKOV, and this payment is not in any way to be construed as an admission of liability.

In further consideration of the above payment, I hereby agree to save harmless and indemnify YURY SHKOLNIKOV from any claim which may hereafter be made or presented and that is presently unknown to YURY SHKOLNIKOV or Metropolitan Property Casualty Insurance Company from anyone claiming to be a relative by blood, marriage or adoption to Michael Rabinovich and also from anyone claiming that I assigned our rights prior to this date against Shkolnikov.

THIS RELEASE SHALL BECOME NULL AND VOID IF THE AFORESAID THREE HUNDRED THOUSAND DOLLARS ($300,000.00) PLUS ACCUMULATED INTEREST IS NOT RECEIVED IN THE ELEVEN EQUAL SHARES BY 5:00 P.M. EST ON DECEMBER 24, 2002.

I have carefully read this document, understand its content; and sign it as my own free act.
EXECUTED AS A SEALED INSTRUMENT THIS _____ DAY OF _____, 2002.

Michael Rabinovich