TELEPHONE 617-227-2380                                                                  FAX 617-367-8840

# Marc S. Alpert, P.C.
ATTORNEY AT LAW
50 CONGRESS STREET, SUITE 225
BOSTON, MA 02109-4008

*Marc S. Alpert*
*Attorney-at-Law*

September 21, 2004

Hon. Judge Woodlock
United States District Court for the District of Massachusetts
One Courthouse Way
Boston, MA 02110

Re: Elkin et.al v. Shkolnikov, # 04-11074-DPW

Dear Judge Woodlock:

The package sent earlier today is not the ordered further briefing. It is simply the cases cited yesterday, and some additional material responding to some points discussed yesterday in Court.

Very truly yours,

Marc Alpert