UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MIKHAIL ELKIN,<br>   Plaintiff<br><br>v.<br><br>YURY SHKOLNIKOV,<br>   Defendant/Debtor | C.A. No. 04-11074-DPW |

### NOTICE OF APPEARANCE

Please enter the appearance of the attorneys below for Marc S. Alpert.

Respectfully submitted,

*/s/ J. Owen Todd*

J. Owen Todd (BBO# 499480)
Edward Foye (BBO#562375)
Todd & Weld LLP
28 State Street
Boston, MA 02109
(617) 720-2626

Dated: September 29, 2004