UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MIKHAIL ELKIN,<br>       Plaintiff<br><br>v.<br><br>YURY SHKOLNIKOV,<br>       Defendant/Debtor | C.A. No. 04-11074-DPW |

**MOTION FOR ENLARGEMENT OF TIME TO RESPOND
TO SHOW CAUSE ORDER**

Attorney Marc S. Alpert herewith respectfully moves, through counsel, for a brief extension of time in this Court's Order to show cause as to why Attorney Alpert should not be sanctioned. The Court has issued the Order requiring written submissions from Attorney Alpert by October 5, 2004. In support of his motion, Attorney Alpert states:

1. The undersigned have only this week been retained as counsel to Attorney Alpert, individually.

2. In addition to requiring time to review the file and evaluate this matter, the attorney with primary responsibility for drafting the response will be out of town on business all next week.

3. The brief extension requested should not delay the court in bringing this matter to a prompt resolution, and there do not appear to be any parties who would be prejudiced by the brief requested delay.

Wherefore, Attorney Marc S. Alpert respectfully moves that this Honorable Court:

A.  Extend the time for his responsive pleading to the Court's Show Cause Order until October 28, 2004; and/or

B.  Grant whatever other or additional relief this Honorable Court deems just under the circumstances.

                                            Respectfully submitted,

                                            J. Owen Todd (BBO# 499480)
                                            Edward Foye (BBO#562375)
                                            Todd & Weld LLP
                                            28 State Street
                                            Boston, MA 02109
                                            (617) 720-2626

Dated: September 29, 2004