UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MIKHAIL ELKIN, )
    Plaintiff )
)
v. ) C.A. No. 04-11074-DPW
)
YURY SHKOLNIKOV, )
    Defendant/Debtor )

## CERTIFICATE OF SERVICE

I, Edward Foye, herewith certify that true and accurate copies of the following:

Notice of Appearance, Motion for Enlargement of Time to Respond to Show Cause Order, and Transcript of Hearing, was served via first class mail this 29th day of September upon:

Mark G. deGiacomo
Murtha Cullina LLP
99 High Street
Boston, MA 02110
Attorney for Chapter 7 Trustee

Richard M. Canzano
Blumsack & Canzano
36 Commerce Way
Woburn, MA 01801
Attorney for Yury Shkolnikov

Office of the U.S. Trustee
Department of Justice
Federal Building
Room 1184, 10 Causeway Street
Boston, MA 02222

John P. Graceffa
William A. Schneider
Morrison, Mahoney
250 Summer Street
Boston, MA 02110-1181
Attorneys for Metropolitan Insurance Co.

Edward Foye (BBO#562375)
Todd & Weld LLP
28 State Street
Boston, MA 02109
(617) 720-2626