UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| MIKHAIL ELKIN, | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | C.A. No. 04-11074-DPW |
| | ) | |
| YURY SHKOLNIKOV, | ) | |
| Defendant/Debtor | ) | |
| | ) | |

**ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO SHOW CAUSE ORDER**

Attorney Marc S. Alpert herewith respectfully moves, through counsel, for a brief extension of time in this Court's Order (i) to show cause as to why Attorney Alpert should not be sanctioned and (ii) to submit additional briefing on the underlying issues in this case. In support of his motion, Attorney Alpert states:

1. The undersigned has been attempting to achieve a global resolution of the underlying case through discussions with the trustee and the debtor.

2. Such a global solution would vastly simplify and might obviate altogether the need for further briefing.

3. The brief extension requested should not delay the Court in bringing this matter to a prompt resolution. There do not appear to be any parties who would be prejudiced by the brief requested delay, and both the debtor (through counsel) and the trustee have assented to the requested extension.

Wherefore, Attorney Marc S. Alpert respectfully moves that this Honorable Court:

A. Extend the time for Mr. Alpert's responsive pleading to the Court's Show Cause Order until November 23, 2004 and extend the time for further briefing on the underlying appeal to the same date; and

B. Grant whatever other or additional relief this Honorable Court deems just under the circumstances.

Respectfully submitted,

J. Owen Todd (BBO# 499480)
Edward Foye (BBO#562375)
Todd & Weld LLP
28 State Street
Boston, MA 02109
(617) 720-2626

Dated: October 27, 2004

### Rule 7.1 Certificate

I, Edward Foye, state that on October 26, 2004 I spoke telephonically to Mark deGiacomo, Trustee in Bankruptcy, and Richard Canzone, attorney for the debtor, who informed me that they assented to the requested enlargement.

Edward Foye (BBO#562375)

### Certificate of Service

I, Edward Foye, certify that a true and accurate copy of the above document was served upon the attorneys of record for each other party by mail on October 27, 2004.

Edward Foye (BBO#562375)